FILED

| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Gregory S. Weston<br>The Weston Firm<br>5127 Lotus St<br>San Diego, CA 92107<br>619 255 7098 | Jared H. Beck<br>Beck & Lee Business<br>Trial Lawyers<br>28 W Flagler St, ste 555<br>Miami, FL 33130<br>305 789 0072 |

2009 OCT 28 PM 1:56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

ATTORNEYS FOR: All Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Evangeline Red, Jennifer Red, & Rachel Whitt
Plaintiff(s),

v.

Unilever United States, Inc., & Unilever PLC
Defendant(s)

CASE NUMBER

**CV09 07855 MMM (AGRx)**

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Evangeline Red, Jennifer Red & Rachel Whitt
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Evangeline Red | Plaintiff |
| Jennifer Red | Plaintiff |
| Rachel Whitt | Plaintiff |

10/28/09
Date

/s/ Gregory Weston
Sign

Gregory S. Weston
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)