| | |
|---|---|
| 1 | WILLIAM L. STERN (CA SBN 96105) |
| | WStern@mofo.com |
| 2 | JANELLE J. SAHOURIA (CA SBN 253699) |
| | JSahouria@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendants |
| | UNILEVER UNITED STATES, INC. AND |
| 7 | UNILEVER PLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EVANGELINE RED, JENNIFER RED, and RACHEL WHITT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC. and UNILEVER PLC,<br><br>Defendants. | Case No. CV09 07855 MMM (AGRx)<br><br>**DEFENDANTS UNILEVER UNITED STATES, INC.'S AND UNILEVER PLC'S CERTIFICATION AS TO INTERESTED PARTIES** |

1  Defendants Unilever United States, Inc. and Unilever PLC submit this
2  Notice as to Interested Parties pursuant to Federal Rules of Civil Procedure 7.1(a)
3  and Central District of California Local Rule 7.1-1.
4  The undersigned counsel of record for Unilever United States, Inc. and
5  Unilever PLC certifies that Unilever United States, Inc. is wholly owned subsidiary
6  of UNUS Holding B.V. and Unilever PLC does not have a parent company or any
7  publicly held corporation owning 10% or more of its stock.
8  The undersigned, counsel of record for Unilever United States, Inc. and
9  Unilever PLC certifies that the following listed parties may have a pecuniary
10  interest in the outcome of this case.  These representations are made to enable the
11  Court to evaluate possible disqualification or recusal.
12  Evangeline Red—Plaintiff
13  Jennifer Red—Plaintiff
14  Rachel Whitt—Plaintiff
15  Unilever United States, Inc.—Defendant
16  Unilever PLC—Defendant
17  Conopco, Inc. dba Unilever—wholly owned subsidiary of Unilever United
18  States, Inc.
19  UNUS Holding B.V.—wholly owns Unilever United States, Inc.
20  Unilever N.V.—with Unilever PLC, indirectly wholly owns UNUS Holding
21  B.V.

Dated:  November 23, 2009

WILLIAM L. STERN
JANELLE J. SAHOURIA
MORRISON & FOERSTER LLP

By: /s/ William L. Stern
       William L. Stern

Attorneys for Defendants
UNILEVER UNITED STATES,
INC. AND UNILEVER PLC