1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Amnon Rosen, et al., | NO. C 09-02563 JW |
| _____/ | NO. C 10-00387 CB |
| Evangeline Red, et al., | **ORDER GRANTING MOTIONS TO RELATE CASES** |
| Plaintiffs, | |
| v. | |
| Unilever United States, Inc., et al., | |
| Defendants. | |
| _____/ | |

Presently before the Court are the parties' Motions to Relate Cases. (See Docket Item Nos. 30, 34.) The parties move to relate this action with Red, et al. v. Unilever PLC and Unilever United States, Inc., No. C 10-00387 CB, currently assigned to Judge Breyer.[1]

Civil Local Rule 3-12(a) provides that an action is related to another when: "(1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Here, Plaintiffs are collectively pursuing putative class action claims against Defendants. The Court finds that the two cases are related within the meaning of Rule 3-12. Accordingly, the Court GRANTS the Motions to relate the cases and ORDERS as follows:

---

[1] (See Defendant's Response in Support of Red Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related, Docket Item No. 35.)

(1)     The Clerk shall immediately relate these actions.

(2)     On **March 8, 2010 at 10 a.m.,** the parties in both actions shall appear for a Case

Management Conference.

(3)     On or before **February 26, 2009**, the parties shall file a Joint Case Management

Conference Statement.  The Statement shall include, among other things, the parties'

positions as to whether these cases should be consolidated into one action, and the

parties' proposed schedules on how the cases should proceed.

Dated:  February 17, 2010

_James Ware_

JAMES WARE
United States District Judge

*United States District Court*

For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gregory Steven Weston greg@westonfirm.com
Janelle Jad Sahouria jsahouria@mofo.com
Kim E. Richman eli@reeserichman.com
Michael Robert Reese michael@reeserichman.com
Jared H. Beck jared@beckandlee.com
William Lewis Stern wstern@mofo.com

**Dated:  February 17, 2010**                    **Richard W. Wieking, Clerk**


                                                 **By:_____/s/ JW Chambers_____**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28