WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
JANELLE J. SAHOURIA (CA SBN 253699)
JSahouria@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
UNILEVER UNITED STATES, INC. and
UNILEVER PLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVANGELINE RED, JENNIFER RED, and RACHEL WHITT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC. and UNILEVER PLC,<br><br>Defendants. | Case No. 5:10-cv-00387 JW<br><br>**RENOTICE OF DEFENDANT UNILEVER UNITED STATES, INC.'S MOTION TO DISMISS**<br><br>[<br><br>Hearing Date: June 7, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom 8, 4th Floor<br>Judge: Hon. James Ware<br>Action Filed: October 28, 2009 |

RENOTICE OF MOTION TO DISMISS
CASE NO C-10-00387 JW
 sf-2811097

1 | **RENOTICE OF MOTION TO DISMISS**

2 | TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on June 7, 2010, at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 8, 4th floor of this Court, located at 280 South First Street, San Jose CA 95113-3099, Defendant Unilever United States, Inc. will move, and hereby does move, to dismiss the Complaint of Plaintiffs Evangeline Red, Jennifer Red, and Rachel Whitt pursuant to Fed. R. Civ. P. 12(b)(6) on the ground that the Complaint fails to state a claim upon which relief can be granted.[1]  This motion originally was noticed before Judge Morrow who ordered the case transferred to the Northern District of California on January 25, 2010.

This Motion is based on this Renotice of Motion and Motion, Defendant's supporting Memorandum of Points and Authorities (Dkt No. 11), the declarations of Janelle J. Sahouria (Dkt. No. 12) and Darren Palmet (Dkt. No. 13), Defendant's Request for Judicial Notice (Dkt. No. 14), the corresponding opposition (Dkt. Nos. 22-23) and reply briefing (Dkt. Nos. 26-27), and the court records and files in this Action.

Dated: March 2, 2010

WILLIAM L. STERN
JANELLE J. SAHOURIA
MORRISON & FOERSTER LLP

By: /s/ William L. Stern
William L. Stern

Attorneys for Defendants
UNILEVER UNITED STATES, INC. and
UNILEVER PLC

---

[1] Unilever PLC has not yet been served, so this motion is brought by Unilever United States, Inc. only.