UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Evangeline Red, et al.,
Plaintiff(s),

v.

Unilever United States, Inc., et al.,
Defendant(s).

CASE NO. 5:10-cv-00387-JW

STIPULATION AND ~~[PROPOSED]~~ ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)
☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☐ Private ADR (*please identify process and provider*) ______

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☒ other requested deadline The parties in this case have agreed to participate in the mediation already scheduled for the related case, Rosen v. Unilever United States, Inc. (Case No. 09-02563 JW), before the court-appointed mediatior, Mark Peterson. The joint mediation will be held on March 18, 2010. .

Dated: 3-9-10

G Weston
Attorney for Plaintiffs
Gregory S. Weston
The Weston Firm

Dated: ______

______

American LegalNet, Inc.
www.USCourtForms.com

Attorney for Defendant
William L. Stern
Morrison & Foerster, LLP

Dated: ____________

Dated: March 9, 2010

American LegalNet, Inc.
www.USCourtForms.com

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- [ ] Non-binding Arbitration
- [ ] Early Neutral Evaluation (ENE)
- [X] Mediation
- [ ] Private ADR

Deadline for ADR session

- [ ] 90 days from the date of this order.
- [X] other: The parties have stipulated to participate in the mediation scheduled in the related case, 09-02563 JW, Rosen v. Unilever, scheduled for March 18, 2010.

IT IS SO ORDERED.

Dated: March 12, 2010

UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.USCourtForms.com