**THE WESTON FIRM**
GREGORY S. WESTON (239944)
888 Turquoise Street
San Diego, CA 92109
Telephone:(858) 488-1672
Facsimile: (480) 247-4553
greg@westonfirm.com

JACK FITZGERALD (257370)
2811 Sykes Court
Santa Clara, CA 95051
Telephone:(408) 459-0305
Facsimile: (480) 247-4553
jack@westonfirm.com

**BECK & LEE BUSINESS TRIAL LAWYERS**
JARED H. BECK (233743)
ELIZABETH LEE BECK (233742)
Courthouse Plaza Building
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone:(305) 789-0072
Facsimile: (786) 664-3334
jared@beckandlee.com
elizabeth@beckandlee.com

**Counsel for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINE RED, JENNIFER RED, RACHEL WHITT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UNILEVER PLC and UNILEVER UNITED STATES, INC.,<br><br>Defendants. | Case No: 3:10-cv-00387 JW (HRLx)<br><br>Pleading Type: Class Action<br><br>**DECLARATION OF GREGORY S. WESTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO UNILEVER'S ADMINISTRATIVE MOTION TO EXPEDITE BRIEFING SCHEDULE ON UNILEVER'S MOTION TO STAY DISCOVERY**<br><br>Judge: The Hon. James Ware<br>Action Filed: October 28, 2009 |

I, Gregory S. Weston, declare and say that:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am managing partner of The Weston Firm, counsel for Plaintiffs in this action. The information below is stated based on my own personal knowledge. I am a competent witness to the facts set forth below, and if called as a witness and placed under oath, I would testify to the truth of those facts.

2. I submit this Declaration in support of Plaintiffs' opposition to Unilever's Administrative Motion to Expedite Briefing and for an administrative stay (Dkt. No. 53). The basis of Plaintiffs' opposition is fully laid out in Plaintiffs' concurrently filed opposition memorandum. In sum, Plaintiffs oppose the Administrative Motion because (a) the underlying Motion to Stay Discovery is a discovery motion improperly before this Court, which should have been brought before Judge Lloyd; (b) there is no substantial harm or prejudice justifying the relief Unilever seeks; (c) Unilever's Administrative Motion does not comply with the Local Rules; (d) Unilever's proposed expedited schedule is unfair to Plaintiffs; and (e) Unilever has not demonstrated good cause for staying discovery, especially in light of the fact that Unilever has already engaged in significant discovery and forced Plaintiffs to file a Motion to Compel, a response to which is due April 6, and Unilever's Administrative Motion is aimed at avoiding.

3. Attached hereto as <u>Exhibit A</u> is a Letter from Jared H. Beck, counsel for Plaintiffs, to Janelle J. Sahouria, counsel for Defendant, dated March 15, 2010.

4. Attached hereto as <u>Exhibit B</u> is an Email chain, dated March 30, 2010, between Gregory Weston and Janelle Sahouria.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in San Diego, California.

Dated: April 5, 2010                      By: <u>/s/ Gregory S. Weston</u>
                                                Gregory S. Weston

| | | |
|---|---|---|
| 1 | Dated: April 5, 2010 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Jack Fitzgerald |
| 4 | | **THE WESTON FIRM**<br>GREGORY S. WESTON |
| 5 | | 888 Turquoise Street<br>San Diego, CA 92109 |
| 6 | | Telephone:(858) 488-1672<br>Facsimile: (480) 247-4553 |
| 7 | | |
| 8 | | JACK FITZGERALD<br>2811 Sykes Court |
| 9 | | Santa Clara, CA 95051<br>Telephone:(408) 459-0305 |
| 10 | | Facsimile: (480) 247-4553 |
| 11 | | |
| 12 | | **BECK & LEE BUSINESS TRIAL LAWYERS** |
| 13 | | JARED H. BECK<br>ELIZABETH LEE BECK |
| 14 | | Courthouse Plaza Building<br>28 West Flagler Street, Suite 555 |
| 15 | | Miami, FL 33130<br>Telephone:(305) 789-0072 |
| 16 | | Facsimile: (786) 664-3334 |
| 17 | | |
| 18 | | **Counsel for Plaintiffs** |

2

*Red et al. v. Unilever PLC et al., Case No. 3:10-cv-00387 JW*
DECLARATION OF GREGORY S. WESTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO UNILEVER'S ADMINISTRATIVE MOTION TO EXPEDITE BRIEFING SCHEDULE ON UNILEVER'S MOTION TO STAY DISCOVERY

# Exhibit A

# BECK & LEE
business trial lawyers miami

Courthouse Plaza Building
28 West Flagler Street Suite 555 | Miami, Florida 33130

Tel: 305-789-0072
Fax: 786-664-3334
www.beckandlee.com

March 15, 2010

**Via E-Mail**

Janelle J. Sahouria, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105
jsahouria@mofo.com

     Re:    *Red et al. v. Unilever United States, Inc. et al.*

Dear Janelle:

We are in receipt of Unilever's "responses" to Plaintiffs' discovery requests, i.e., Plaintiffs' First and Second Sets of Interrogatories, and First Set of Requests for Production. Unfortunately, Unilever's responses are not responsive at all but conclude, as to each request, that "Unilever will respond to the extent necessary once discovery is appropriate."

Allow me to reiterate: discovery is absolutely appropriate at this stage give that we participated in a telephonic discovery conference nearly two months ago, on January 15, 2010. Accordingly, and pursuant to Fed R. Civ. P. 26(f), Unilever is obligated to serve proper responses to those discovery requests served by Plaintiffs. For document requests, that means indicating which documents will be produced subject to any appropriately promulgated objections. For interrogatories, that means providing us with proper sworn answers.

Moreover, as we previously noted, Unilever has yet to produce its Initial Disclosures, which were due 14 days after the discovery conference pursuant to Rule 26(f). They are now almost two months overdue. Additionally, while Plaintiffs provided a proposed stipulation on electronic discovery issues on January 29th, Unilever has yet to either agree to that proposal or offer one of its own.

We would rather not have to file a motion on these rather basic issues, but your client's persistent intransience leaves us with little choice. Accordingly I ask that within 7 days of this letter, Unilever serve bona fide responses to our discovery requests so that we may confer on any objections and receive responsive documents. I also request that within 7 days, Unilever

Jared H. Beck, Esq. | jared@beckandlee.com | 305-789-0072

serve its Initial Disclosures and respond to our previously proposed stipulation on electronic discovery. Failure to do so will force us to file a motion to compel.

Very truly yours,

Jared H. Beck, Esq.

cc: Gregory Weston, Esq.
Elizabeth Lee Beck, Esq.

# Exhibit B

# Jack Fitzgerald

**From:** Sahouria, Janelle J. [JSahouria@mofo.com]
**Sent:** Tuesday, March 30, 2010 1:24 PM
**To:** Gregory S. Weston
**Cc:** Jack Fitzgerald; Jared Beck; Stern, William L.
**Subject:** RE: unilever discovery compromise

Dear Greg,

Thank you for your e-mail. Discovery has not commenced in this action, and we will not be providing any discovery responses at this time.

Best,

Janelle

---

**From:** Gregory S. Weston [mailto:greg@westonfirm.com]
**Sent:** Tuesday, March 30, 2010 1:00 PM
**To:** Sahouria, Janelle J.; Stern, William L.
**Cc:** 'Jack Fitzgerald'; 'Jared Beck'
**Subject:** unilever discovery compromise

Dear Janelle and William,

Your call caught me while I was in the middle of another task so I was not fully prepared to discuss the issue.

I suggest before you file the ex parte motion you described we have a call later today or tomorrow morning and discuss a possible compromise that will resolve both the pending motion to compel and the relief you seek in your administrative motion.

Specifically, I suggest that we review the pending discovery requests, see if Unilever is willing to provide answers to some of them now, and in return Plaintiffs can agree to defer all further discovery until after there is an order on the motion to dismiss, including several depositions Plaintiffs are prepared to schedule.


Sincerely,
Greg Weston

THE WESTON FIRM
GREGORY S. WESTON
888 Turquoise St
San Diego, CA 92109
858.488.1672 (Phone) | 480.247.4553 (Fax)
GREG@WESTONFIRM.COM | WWW.WESTONFIRM.COM


---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another

1

party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230/

==================================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
----------------------------------------------------------------------


_____ Information from ESET NOD32 Antivirus, version of virus signature database 4986 (20100330)
_____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com