IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Evangeline Red, et al.,<br><br>           Plaintiffs,<br>   v.<br><br>Unilever United States, Inc., et al.,<br><br>           Defendants. | NO. C 10-00387 JW<br><br>**ORDER SETTING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

On June 21, 2010, the Court conducted a hearing on Defendant Unilever United States, Inc.'s Motion to Dismiss.[1] At the hearing, the parties represented that they have reached a tentative agreement resolving all claims on behalf of the putative class. In light of the settlement, the Court vacates all trial and pretrial dates and deems Defendant's Motion to Dismiss as withdrawn.

On **September 27, 2010 at 9 a.m.**, the Court will conduct a hearing on the parties' anticipated motion for preliminary approval of settlement. On or before **September 3, 2010**, the parties shall file the motion and all supporting papers.

Dated: June 22, 2010

JAMES WARE
United States District Judge

---

[1] (hereafter, "Motion," Docket Item Nos. 11, 41.) Defendant Unilever represents that the Motion is brought on behalf of itself and not Defendant Unilever PLC, since Defendant Unilever PLC had not yet been served at the time the Motion was filed. (Motion at n.1.) It appears that Defendant Unilever PLC was not subsequently served. (See Docket Item No. 40 at 2.) Since 120 days have passed since the filing of the Complaint on October 28, 2009, the Court DISMISSES Defendant Unilever PLC pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Elizabeth Lee Beck elizabeth@beckandlee.com
Gregory S Weston greg@westonfirm.com
Gregory Steven Weston greg@westonfirm.com
Janelle Jad Sahouria jsahouria@mofo.com
Jared Harrison Beck jared@beckandlee.com
John Joseph Fitzgerald jack@westonfirm.com
Michael Robert Reese michael@reeserichman.com
William Lewis Stern wstern@mofo.com

Dated: June 22, 2010                                Richard W. Wieking, Clerk

                                                    By:    /s/ JW Chambers
                                                           Elizabeth Garcia
                                                           Courtroom Deputy