**THE WESTON FIRM**
GREGORY S. WESTON (239944)
888 Turquoise Street
San Diego, CA 92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553
greg@westonfirm.com

JACK FITZGERALD (257370)
2811 Sykes Court
Santa Clara, CA 95051
Telephone: (408) 459-0305
jack@westonfirm.com

*Counsel for Plaintiffs Evangeline Red,
Jennifer Red, and Rachel Whitt*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVANGELINE RED, JENNIFER RED, RACHEL WHITT, on behalf of Themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER PLC and UNILEVER UNITED STATES, INC.,<br><br>Defendants. | Case No: 3:10-cv-00387 JW<br>Pleading Type: Class Action<br><br>**NOTICE OF MOTION AND ADMINISTRATIVE MOTION FOR CONTINUANCE OF SEPTEMBER 13 HEARING TO SEPTEMBER 27 (WITH STIPULATION BY ALL PARTIES EXCEPT BECK & LEE)**<br><br>Judge: The Hon. James Ware |

| | |
|---|---|
| 1 | **NOTICE OF ADMINISTRATIVE MOTION** |
| 2 | TO THE PARTIES AND THEIR COUNSEL OF RECORD: |
| 3 | PLEASE TAKE NOTICE, that pursuant to N.D. Cal. L.R. 7-11, Plaintiffs Evangeline |
| 4 | Red, Jennifer Red and Rachel Whitt hereby move the Court for an Order continuing to |
| 5 | September 27, 2010, the hearing currently set for September 13, 2010. |
| 6 | This motion is made on the following bases: |
| 7 | (1) Both Weston Firm attorneys are unavailable on September 13, 2010, and at least |
| 8 | one attorney is unavailable the following Monday, September 20; |
| 9 | (2) Both counsel for Unilever and Reese Richman have stipulated to the continuance, |
| 10 | with only Beck & Lee declining to stipulate, without providing reason; |
| 11 | (3) The Court ordered The Weston Firm to produce at the hearing each of the three |
| 12 | Plaintiffs, who live and work in the Los Angeles area—we have confirmed that each Plaintiff is |
| 13 | available to attend the hearing on September 27; and |
| 14 | (4) The Court scheduled a September 27 preliminary approval hearing last June, so |
| 15 | that date has long been on all counsels' calendar and we do not believe any party has a conflict |
| 16 | that date. Moreover, depending on how the counsel issue is resolved, the Court could elect to |
| 17 | hold the preliminary approval conference immediately following the hearing, or continue it. |

## MEMORANDUM OF POINTS & AUTHORITIES

Plaintiffs respectfully request a two-week continuance, to September 27, 2010, of the hearing currently scheduled for September 13, 2010 (*see* Dkt. No. 69). Good cause exists for the requested continuance.

Both Mr. Weston and Mr. Fitzgerald are unavailable on September 13. Mr. Weston is attending a family member's wedding in Michigan from September 10 to 14, and Mr. Fitzgerald will be on vacation in Hawaii, returning on September 15 (the trip was booked on April 22, 2010). The following Monday, September 20, the Weston Firm has scheduled a 10:00 a.m. hearing on a Motion to Dismiss and Motion to Strike before the Honorable A. Howard Matz, in Los Angeles.

Both counsel for Unilever and Reese Richman, stipulated to the continuance. (*See* Declaration of Jack Fitzgerald ¶¶ 2-3 & Exhibits A-B.) Beck & Lee, however, stated "Beck & Lee does not agree." (*Id.* ¶ 4 & Exhibit C.)

Pursuant to the Court's Order, the Weston Firm is also responsible for bringing the three Plaintiffs to the hearing from where they live and work, in the Los Angeles area. Each Plaintiff is able to take off work to attend the hearing on September 27.

The September 27 date is also convenient to all counsel, because the Court had previously scheduled a hearing on that date last June, and all parties were and have been prepared to attend that hearing, and no parties have sought to reschedule it. As for the preliminary approval hearing scheduled for that day, depending on how the Court resolves the counsel issue, it Court could move forward with the hearing that day, continue it, or take whatever other course the Court deems proper.

For the foregoing reasons, we respectfully request the Court enter the concurrently-filed Proposed Order and continue to September 27, 2010 the hearing currently scheduled for September 13.

| | |
|---|---|
| DATED: August 24, 2010 | Respectfully Submitted, |
| | s/Jack Fitzgerald |
| | Jack Fitzgerald |
| | **THE WESTON FIRM** |
| | GREGORY S. WESTON |
| | 888 Turquoise Street |
| | San Diego, California 92109 |
| | Telephone: (858) 488-1672 |
| | Facsimile: (480) 247-4553 |
| | JACK FITZGERALD |
| | 2811 Sykes Court |
| | Santa Clara, CA 95051 |
| | Telephone: (408) 459-0305 |
| | *Counsel for Plaintiffs* |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2811 Sykes Court, Santa Clara, CA 95051. On August 24, 2010, I served the following documents:

1. **Notice of Motion and Administrative Motion for Continuance of September 13 Hearing to September 27 (With Stipulation By All Parties Except Beck & Lee);**
2. **Declaration of Jack Fitzgerald in Support of Administrative Motion;**
3. **[Proposed] Order Granting Continuance**

by notice of Electronic Filing, which is a notice automatically generated by the CM/ECF system at the time the documents listed above were filed with this Court, to lead counsel listed by CM/ECF as *"ATTORNEY TO BE NOTICED."*

In addition, as required by L.R. 7-11(a), I delivered this Motion and all supporting papers to all other parties on the same day the motion was filed. I did so by sending the same to the following parties, by email:

William Stern, Morrison & Forester (counsel for Unilever)

Janelle Sahouria, Morrison & Forester (counsel for Unilever)

Jared Beck (Beck & Lee)

Elizabeth Lee Beck (Beck & Lee)

Michael Reese (Reese Richman)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 24, 2010 in Santa Clara, California.

s/Jack Fitzgerald
Jack Fitzgerald