**THE WESTON FIRM**
GREGORY S. WESTON (239944)
888 Turquoise Street
San Diego, CA 92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553
greg@westonfirm.com

JACK FITZGERALD (257370)
2811 Sykes Court
Santa Clara, CA 95051
Telephone: (408) 459-0305
jack@westonfirm.com

*Counsel for Plaintiffs Evangeline Red,*
*Jennifer Red, and Rachel Whitt*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVANGELINE RED, JENNIFER RED, RACHEL WHITT, on behalf of Themselves and all others similarly situated,<br><br><center>Plaintiffs,</center><br><center>v.</center><br><br>UNILEVER PLC and UNILEVER UNITED STATES, INC.,<br><br><center>Defendants.</center> | Case No: 3:10-cv-00387 JW<br>Pleading Type: Class Action<br><br>**DECLARATION OF JACK FITZGERALD IN SUPPORT OF SUPPLEMENTAL BRIEF CONCERNING PLAINTIFFS' TERMINATION OF BECK & LEE AND REESE RICHMAN**<br><br>Judge: The Hon. James Ware<br>Date: September 13, 2010<br>Time: 9:00 a.m.<br>Location: Courtroom 8, 4th Floor |

I, Jack Fitzgerald, declare:

1.      I am a member in good standing of the State Bar California, and admitted to practice before this Court. I have personal knowledge of the facts stated herein, and, if called on to do so, could and would testify competently thereto. I make this declaration in support of Plaintiff's Supplemental Brief Concerning Termination of Beck & Lee and Reese Richman.

2.      Before joining The Weston Firm, I was associated with the law firms of Baker & Hostetler, LLP, in New York, New York, and Mayer Brown LLP in Palo Alto, California. My practice has always focused on large-scale, complex litigation.

3.      I received a B.A. from Cornell University, graduating *magna cum laude*, and a J.D. from New York University School of Law, where I was an editor of the New York University Law Review.

4.      I joined the Weston Firm in February, 2010.

5.      Initially, Mr. Weston and I discussed ending the Weston Firm's association with Beck & Lee naturally by litigating our existing cases to completion and avoiding bringing any more cases together. Thus, in early July, we declined Beck & Lee's invitation to jointly prosecute an action against Adobe. Attached hereto as Exhibit A is a July 1, 2010 email from Elizabeth Beck to Jack Fitzgerald Re: "commitment."

6.      After long deliberation and several attempts to find alternative solutions, Mr. Weston and I decided we had no other option than immediately ending the joint prosecution with Beck & Lee and Reese Richman. Before doing so, we called each of our clients, apprising them of the situation. As a result, each client authorized us to terminate on their behalves Beck & Lee. Plaintiffs in this action also authorized the Weston Firm to terminate Reese Richman on their behalves.

7.      I was routinely embarrassed by the Becks' behavior and often felt compelled to apologize to others for it.

8.      On July 19, 2010, I attended a case management conference before Judge Patel in an action the Weston Firm is prosecuting against Yelp. Jared Beck and Elizabeth Lee Beck also attended. During the conference, Judge Patel ordered the case consolidated with an earlier-filed

<div align="center">1</div>

one. She then ordered counsel for both sets of plaintiffs to meet and confer with defendant's counsel in the courthouse's attorneys lounge to determine a schedule for filing a consolidated complaint and beginning discovery.

9.     Ms. Beck had previously butted heads with the Mr. Ongaro, when she requested he stipulate to our appointment as lead counsel and he in turn requested certain information relating to our qualifications. Attached hereto as <u>Exhibit B</u> is a true and correct copy of a Letter from David Ongaro to Elizabeth Beck, dated June 15, 2010.

10.     Ms. Beck apparently took this as a personal insult, because as soon as she entered the attorneys lounge and sat across the table from Mr. Ongaro, she began screaming and swearing. Ms. Beck accused Mr. Ongaro of being in "cahoots" with Yelp, of being a sell-out (because he is primarily a defense lawyer who does some plaintiff work), and of being a failed partner at his previous firm. Several times during her fit, Ms. Beck lunged across the table at Mr. Ongaro, repeatedly thrusting in his face her one finger extended from an otherwise tightly-clenched fist, coming within an inch or two of striking him.

11.     As this was happening, I implored Mr. Beck to intervene and regain control of Ms. Beck. Mr. Beck stated that this "had to happen" and instructed me not to intervene.

12.     Eventually Ms. Beck became calm and retook her seat. As counsel proceeded through each item, however, she again became hostile, and again shouted at and insulted Mr. Ongaro, and lunged across the table at him. During this time, Mr. Beck attempted to hold Ms. Beck back while stating that they had tried "cleared the air" but accusing Mr. Ongaro of further provoking Ms. Beck. After a few minutes, Mr. Ongaro and defense counsel ended the conference over the Becks' objections, electing to return to Judge Patel and advise her what had happened.

13.     A true and correct copy of excerpts from the July 19, 2010 Case Management Conference before Judge Patel is attached hereto as <u>Exhibit C</u>.

14.     In addition to myself, Mr. Beck, and Ms. Beck, others present when this occurred include David Ongaro and Amelia Winchester, of Ongaro Burtt, and Matthew D. Brown and Benjamin H. Klein, of Cooley Codward. I observed at least Ms. Winchester and Mr. Klein taking contemporaneous hand-written notes as the episode occurred.

2

*Red et al. v. Unilever PLC et al.,* Case No. 3:10-cv-00387 JW
DECLARATION OF JACK FITZGERALD IN SUPPORT OF SUPPLEMENTAL BRIEF CONCERNING
PLAINTIFFS' TERMINATION OF BECK & LEE AND REESE RICHMAN

15.     Later, I spoke with Mr. Ongaro and he advised me, referring to the Becks, to be careful who the Weston Firm associates with because one's reputation can be damaged that way.

16.     On July 6, 2010, I began a meet-and-confer call with Dale Giali of Howrey, counsel for defendant Nestle in another action, and Ms. Beck joined late. When Mr. Giali stated his position as to the plausibility of a certain claim, Ms. Beck became agitated, eventually yelling at counsel and instructing him not to "tell her what to do." Defense counsel commented that Ms. Beck had taken what was proceeding as a very professional and productive meet and confer, and turned it into "something else."

17.     Attached hereto as <u>Exhibit D</u> is a true and correct copy of an August 3, 2010 email from Jared Beck, Re: "Re: P&G."[1]

18.     Attached hereto as <u>Exhibit E</u> is a true and correct copy of an August 1, 2010 email from Jared Beck to Jack Fitzgerald, Re: "Kraft brief."[2]

19.     Attached hereto as <u>Exhibit F</u> is a true and correct copy of an August 2, 2010 email from Jared Beck to Jack Fitzgerald and Gregory Weston, Re: "Kraft."

20.     Attached hereto as <u>Exhibit G</u> is a true and correct copy of an August 2, 2010 email from Jared Beck to Greg Weston and Jack Fitzgerald, Re: "Kraft – Offer of Proof JHB edits.docx."

21.     Attached hereto as <u>Exhibit H</u> is a true and correct copy of an August 4, 2010, 11:25 a.m. email from Jared Beck to Jack Fitzgerald, Greg Weston and Elizabeth Beck, Re: "Activity in Case 2:10-cv-01025-DMG-MAN Jennifer Red et al. v. The Kroger Company Notice (Other)."[3]

22.     Attached hereto as <u>Exhibit I</u> is a true and correct copy of an August 4, 2010, 9:07 p.m. email from Jared Beck to Jack Fitzgerald, Greg Weston and Elizabeth Beck, Re: "Activity

---

[1] Certain portions that are work product and are not relevant have been redacted; however, counsel will have the full document available for the Court's review at the hearing.

[2] Certain portions that are work product and are not relevant have been redacted; however, counsel will have the full document available for the Court's review at the hearing.

[3] Certain portions that are work product and are not relevant have been redacted; however, counsel will have the full document available for the Court's review at the hearing.

in Case 2:10-cv-01025-DMG-MAN Jennifer Red et al. v. The Kroger Company Notice (Other)."[4]

23.     Attached hereto as <u>Exhibit J</u> is a true and correct copy of an August 3, 2010 email from Jared Beck to Greg Weston and Jack Fitzgerald, Re: "Fwd: Activity in Case 2:10-cv-02303-CBM-VBK Eileen Peviani v. Hostess Brands, Inc. Declaration (non-motion)."

24.     Attached hereto as <u>Exhibit K</u> is a true and correct copy of an August 3, 2010 email from Elizabeth Beck to Kalia Petmecky, Re: "Re: Henderson v. Gruma Corp.: Request for Meet and Confer re Gruma Corp."s Anticipated Rule 12(b)(6) Motion to Dismiss."

25.     Attached hereto as <u>Exhibit L</u> is a true and correct copy of an August 4, 2010 email from Jared Beck to Rich Shackelford, Re: "Fwd: RE: Yumul v. Smart Balance."

26.     Attached hereto as <u>Exhibit M</u> is a true and correct copy of an August 4, 2010 email from Elizabeth Beck to Jack Fitzgerald and Jared Beck, Re: "Re: Activity in Case 2:10-cv-02303-CBM-VBK Eileen Peviani v. Hostess Brands, Inc. Order on Motion to Dismiss Case."[5]

27.     Attached hereto as <u>Exhibit N</u> is a true and correct copy of an August 8, 2010 email from Jared Beck to Jack Fitzgerald and Greg Weston, Re: "RE: Activity in Case 2:10-cv-04173-AHM-AJW Mary Henderson et al. v. Gruma Corporation et al Minutes of In Chambers Order/Directive – no proceeding held."[6]

28.     Attached hereto as <u>Exhibit O</u> is an August 9, 2010 email from Jared Beck to Greg Weston and Elizabeth Beck, Re: "Yumul SBI depo notice."[7]

29.     Attached hereto as <u>Exhibit P</u> is an August 9, 2010 email from Elizabeth Beck to Michael Reese and others, Re: "RE: Unilever."

---

[4] Certain portions that are work product and are not relevant have been redacted; however, counsel will have the full document available for the Court's review at the hearing.

[5] Certain portions that are work product and are not relevant have been redacted; however, counsel will have the full document available for the Court's review at the hearing.

[6] Certain portions that are work product and are not relevant have been redacted; however, counsel will have the full document available for the Court's review at the hearing.

[7] Certain portions that are work product and are not relevant have been redacted; however, counsel will have the full document available for the Court's review at the hearing.

30.    Attached hereto as <u>Exhibit Q</u> is an August 4, 2010 email from Jared Beck to Greg Weston and Jack Fitzgerald, Re: "Calendaring."

31.    Attached hereto as <u>Exhibit R</u> is an August 8, 2010 email from Jared Beck to Jack Fitzgerald, Elizabeth Beck and Greg Weston, Re: "Yumul Nucoa Second Amended."[8]

32.    Attached hereto as <u>Exhibit S</u> is an August 11, 2010 email from Jared Beck to Greg Weston, Jack Fitzgerald and Elizabeth Beck, Re: "is the nucoa fac getting served this week?"

33.    Attached hereto as <u>Exhibit T</u> is an August 12, 2010 email from Jared Beck to Jack Fitzgerald, Greg Weston and Elizabeth Beck, Re: "anything further on the nucoa FAC?"

34.    On or around June 22, after learning of a mistake in a document served in another action, Ms. Beck called me to tell him that Jared was "very upset" with me, refused to speak to me directly, and said Mr. Beck "doesn't know if he can work with you any longer." Ms. Beck then berated me, asking if I was on drugs, if I was stupid or, if not, what my problem was.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 27, 2010 in Santa Clara, California

/s/ Jack Fitzgerald
Jack Fitzgerald

---

[8] Certain portions that are work product and are not relevant have been redacted; however, counsel will have the full document available for the Court's review at the hearing.

_Red et al. v. Unilever PLC et al._, Case No. 3:10-cv-00387 JW
DECLARATION OF JACK FITZGERALD IN SUPPORT OF SUPPLEMENTAL BRIEF CONCERNING
PLAINTIFFS' TERMINATION OF BECK & LEE AND REESE RICHMAN

Submitted by,

/s/ Gregory S. Weston
Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
888 Turquoise Street
San Diego, CA 92109
Telephone:     858 488 1672
Facsimile:     480 247 4553

JACK FITZGERALD
2811 Sykes Court
Santa Clara, CA 95051
Telephone: (408) 459-0305

***Counsel for Plaintiffs Evangeline Red,
Jennifer Red, and Rachel Whitt***

# Exhibit A

Jack,

We flew to California multiple times.  Our eyes are bleary.  If that's not commitment, what is?

Greg *promised* to do the adobe case.  He committed to it, and now he's changing his mind.


ELIZABETH LEE BECK, ESQ. | Beck & Lee Business Trial Lawyers
Courthouse Plaza Building | 28 West Flagler Street Suite 555 | Miami, Florida 33130
305-789-0072 Phone | 305-968-3426 Cell | 786-206-2447 Fax
elizabeth@beckandlee.com | www.beckandlee.com

===============================================
The information contained in this e-mail message is confidential, may be
attorney privileged, and is intended only for the use of the individual(s)
named above.  If you are not the intended recipient, you are hereby notified
that any dissemination, distribution or copy of this communication is strictly
prohibited.  If you have received this communication in error, please contact
the sender by reply e-mail and destroy all copies of the original message.
===============================================

# Exhibit B



ONGARO | BURTT
A T T O R N E Y S

David R. Ongaro
dongaro@ongaroburtt.com
direct: 415.433.3901

June 15, 2010

**<u>Via PDF Delivery</u>**

Elizabeth Lee-Beck, Esq.
Beck & Lee Business Trial Lawyers
Courthouse Plaza Building
28 West Flagler Street Suite 555
Miami, Florida 33130
    elizabeth@beckandlee.com

**Re:  Yelp! Litigation**

Dear Mrs. Lee-Beck:

This letter follows up on our conversation of last week.  Both of our firms have similar class actions now pending against YELP, which have now been assigned to Judge Patel.  As you know a motion to consolidate has been filed.  During our telephone conversation you demanded that we consent to Beck and Lee taking on the lead counsel role.  In an attempt to meet and confer pursuant to Northern District's Local Rules, I requested that you send us information regarding your background and experience, so that we can consider your request.  The information includes the following:

1.  The number of cases your firm has tried to verdict, both jury and bench trials;
2.  For each case you have tried the case name and venue;
3.  A list of the class actions handled by your firm indicating: the case name, venue, whether the case was certified, and the disposition of each case.

You represented that you would "put together" this information and provide it to this office. We thank you in advance for your cooperation and will provide you with our position on lead counsel shortly after we receive the information outlined above.

Sincerely yours,

ONGARO BURTT LLP

David R. Ongaro

# Exhibit C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE MARILYN HALL PATEL

BORIS LEVITT,                          )
                                       )
            Plaintiff,                 )
                                       )
  VS.                                  )  No. C 10-1321 MHP
                                       )
YELP! INC.,                            )
                                       )
            Defendant.                 )
_____)
                                       )
CATS AND DOGS ANIMAL HOSPITAL,         )
INC., et al.,                          )
                                       )
            Plaintiffs,                )
                                       )
  VS.                                  )  No. C 10-2351 MHP
                                       )
YELP! INC.,                            )
                                       )  San Francisco, California
            Defendant.                 )  Monday
_____)  July 19, 2010


**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

**For Plaintiff**          ONGARO BURTT
**Levitt:**                595 Market Street, Suite 610
                           San Francisco, California  94105
                  **BY:  DAVID R. ONGARO, ESQUIRE**
                        **AMELIA D. WINCHESTER, ESQUIRE**

(Appearances continued on next page)

**Reported By:**   *Katherine Powell Sullivan, CSR #5812, RPR, CRR*
                   *Official Reporter - U.S. District Court*

**APPEARANCES (CONTINUED):**

For Plaintiffs          BECK & LEE
Cats and Dogs,         28 West Flagler Street, Suite 555
et al.:                 Miami, Florida  33130
            BY:  **ELIZABETH LEE BECK, ESQUIRE**
                **JARED H. BECK, ESQUIRE**

                THE WESTON FIRM
                2811 Sykes Court
                Santa Clara, California  95051
            BY:  **JACK FITZGERALD, ESQUIRE**

For Defendant:        Cooley Godward
                101 California Street, 5th Floor
                San Francisco, California  94111-5800
            BY:  **MATTHEW D. BROWN, ESQUIRE**
                **BENJAMIN H. KLEINE, ESQUIRE**

1           **MR. ONGARO:**  Thank you, Your Honor.

2           **MR. FITZGERALD:**  Thank you.

3           **MS. LEE BECK:**  Thank you, Your Honor.

4           **MR. BROWN:**  Thank you.

5           **THE COURT:**  Thank you.

6           (Break in proceedings.)

7           **THE CLERK:**  Recalling Civil 10-1321, 10-2351, Boris

8    Levitt versus Yelp!

9           **MS. LEE BECK:**  Good afternoon, Your Honor.

10          **THE COURT:**  Yes.  Good afternoon.

11          **MS. LEE BECK:**  We were hoping to have a schedule in

12   place, but we've reached sort of an impasse.  Counsel for

13   Mr. Levitt and counsel for Yelp! wish to have a prolonged

14   discovery, prolonged trial schedule.  Counsel for Cats and Dogs

15   and the other plaintiffs wish for a more abbreviated one.

16          I feel that further talking about this will result in

17   an agreement, but they wish to -- they wanted -- they

18   terminated the conversation and came here.

19          **MR. ONGARO:**  Well, Your Honor, what actually happened

20   was, when we went to sit down, Ms. Beck Lee became agitated,

21   was screaming at me, pointing her finger at me.  Literally, her

22   finger was this close (indicating).  I asked her to please sit

23   down and stop pointing her finger.  It was a scene I have never

24   seen in 19 years of practicing law.

25          We then got her calmed down, to sit down.  We then

started to go through -- and we had previously, in the

scheduling order that we had put together, as the Court's

ordered with the Cooley attorneys, had sat down and kind of

scoped out what we planned for discovery.

The first thing they disagreed with.  Again, they

yelled at me, saying I'm in cahoots with them and I shouldn't

be on this case.  Every single item we went to became very

contentious.  And I just -- it was counter- -- let me finish.

It was counterproductive.

And I think -- we've already sat down and figured out

kind of how we think it should go.  Happy to sit down with

them.  But Ms. Beck Lee, it's difficult to work with her under

these circumstances.

And Mr. Brown can certainly attest to what happened.

He's the neutral party here.

**MR. BROWN:**  Far be it from me to be in the position

of umpire here, but I have not had a conference quite like the

one I experienced, in my years of practice here either.  It was

not productive.

We, with counsel for Levitt, had come up with a chart

that we put in a joint case management statement that was all

pegged off the assumption that there wouldn't be discovery

until the motion to dismiss was resolved, which it sounded like

Your Honor wanted us to do.

And so we started going through or attempting to go

1  through each of those line items with counsel for the Cats and

2  Dogs Hospital.  We got, probably, three items in.  And it took

3  us ten minutes to get that far.

4      And there's, apparently, something going on here that

5  I'm not privy to, where there's a lot of atmospherics around

6  something, but it has nothing to do with the merits of the

7  discovery schedule.  And it truly was a breakdown within ten

8  minutes, and so we decided to come back and report to Your

9  Honor and take it from there.

10      **MR. ONGARO:**  Given that, Your Honor, perhaps we just

11  submit the separate schedules you requested.  I think that

12  probably makes the most sense.  We have submitted a schedule

13  with our prior briefing.

14      **THE COURT:**  Mr. Fitzgerald, from your firm, who is

15  going to take the laboring oar on the discovery, the class

16  certification motion, responding to the motion to dismiss?

17      I know that's a compound, complex question.  But you

18  can take them apart, if you want, or answer it all in one.

19      **MR. FITZGERALD:**  Your Honor, it's difficult for me to

20  say now because it depends on what's going on in our other

21  cases, as well.

22      But, you know, I would say I tend to do most of the

23  writing.  So as far as, like, the motion to dismiss I would be

24  the one taking the laboring oar.

25      But that being said, I'm just speaking about within

# Exhibit D

| From: | jared@beckandlee.com |
| To: | elizabeth@beckandlee.com; "Gregory S. Weston"; Jack Fitzgerald |
| Cc: | jared@beckandlee.com |
| Subject: | Re: P&G |
| Date: | Tuesday, August 03, 2010 10:41:05 PM |

looks good but one minor change to para 65:

REDACTED

On August 2, 2010 at 11:15 PM Jack Fitzgerald <jack@westonfirm.com> wrote:

> P&G Second Amended Complaint is due this Wednesday, August 4.
>
>
>
> Attached is a draft for your review.
>
>
>
> Jack Fitzgerald
>
> The Weston Firm
>
> 2811 Sykes Court
>
> Santa Clara, California 95051
>
> Phone: (408) 459-0305
>
> Cell: (650) 440-3170
>
>
>
>
>
> _____ Information from ESET NOD32 Antivirus, version of virus
signature
> database 5335 (20100802) _____
>
> The message was checked by ESET NOD32 Antivirus.
>
> http://www.eset.com
>

_____ Information from ESET NOD32 Antivirus, version of virus signature
database 5338 (20100803) _____

# Exhibit E

**From:** Jared H. Beck
**To:** Jack Fitzgerald
**Subject:** Re: Kraft brief
**Date:** Sunday, August 01, 2010 5:57:05 PM

Thx - I will take a look, we can talk tomorrow - I am out defending a depo in tampa, should be finished by 5

**From:** "Jack Fitzgerald" <jack@westonfirm.com>
**Date:** Sun, 1 Aug 2010 15:51:25 -0700
**To:** 'Gregory S. Weston'<greg@westonfirm.com>; 'Jared H. Beck'<jared@beckandlee.com>
**Subject:** Kraft brief

Attached is the draft Kraft brief (Greg, incorporating your initial comments from last night). We will still need to add portions relating to other bases for the products other than teddy grahams. Greg is working on the proposed SAC, so it will draw from that when it's ready.

> REDACTED

**Jack Fitzgerald**
The Weston Firm
2811 Sykes Court
Santa Clara, California 95051
Phone: (408) 459-0305
Cell: (650) 440-3170


_____ Information from ESET NOD32 Antivirus, version of virus signature database 5331 (20100801)_____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

# Exhibit F

I have significant edits on motn strike coming - pls hold off filing util you get them

_____ Information from ESET NOD32 Antivirus, version of virus signature database 5335 (20100802) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

# Exhibit G

| | |
|---|---|
| **From:** | jared@beckandlee.com |
| **To:** | "Greg Weston"; Jack Fitzgerald |
| **Cc:** | jared@beckandlee.com |
| **Subject:** | RE: Kraft |
| **Date:** | Monday, August 02, 2010 7:42:11 PM |
| **Attachments:** | Kraft - Offer of Proof JHB edits.docx |

please find my edits attached.  this works off the version jack sent me on Sunday evening, 6:51 my time.  Please do a compare and make sure my edits make it into the final version.

Unfortunatley, I've got to sign off soon b/c need to wake up to defend another dep early morning tomorrow, so I won't be able to devote more to this tonight - thx

On August 3, 2010 at 2:05 AM Jack Fitzgerald <jack@westonfirm.com> wrote:

> Sure thing, Jared.
>
> Here's the latest version - Greg is going to hold off on working on it any
> more until you circulate revisions.
>
> Jack Fitzgerald
> The Weston Firm
> 2811 Sykes Court
> Santa Clara, California 95051
> Phone: (408) 459-0305
> Cell: (650) 440-3170
>
> -----Original Message-----
> From: Jared H. Beck [mailto:jared@beckandlee.com]
> Sent: Monday, August 02, 2010 6:55 PM
> To: Jack Fitzgerald; Greg Weston
> Subject: Kraft
>
> I have significant edits on motn strike coming - pls hold off filing util
> you get them
>
>
> _____ Information from ESET NOD32 Antivirus, version of virus
signature
> database 5335 (20100802) _____
>
> The message was checked by ESET NOD32 Antivirus.
>
> http://www.eset.com
>
>
>
>
> _____ Information from ESET NOD32 Antivirus, version of virus
signature
> database 5335 (20100802) _____
>
> The message was checked by ESET NOD32 Antivirus.
>
> http://www.eset.com
>


_____ Information from ESET NOD32 Antivirus, version of virus signature database 5335 (20100802) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

# Exhibit H

Thx I will review

-----Original Message-----
From: "Jack Fitzgerald" <jack@westonfirm.com>
Date: Wed, 4 Aug 2010 10:29:11
To: <jared@beckandlee.com>; 'Greg Weston'<greg@thewestonfirm.com>; 'Elizabeth Lee
Beck'<elizabeth@beckandlee.com>
Subject: RE: Activity in Case 2:10-cv-01025-DMG -MAN Jennifer Red et al v. The Kroger Company
Notice (Other)

Draft for your review.

Jack Fitzgerald
The Weston Firm
2811 Sykes Court
Santa Clara, California 95051
Phone: (408) 459-0305
Cell: (650) 440-3170


-----Original Message-----
From: Jared H. Beck [mailto:jared@beckandlee.com]
Sent: Wednesday, August 04, 2010 8:46 AM
To: Jack Fitzgerald; Greg Weston; Elizabeth Lee Beck
Subject: Fw: Activity in Case 2:10-cv-01025-DMG -MAN Jennifer Red et al v.
The Kroger Company Notice (Other)

Have we decided to respond to this? REDACTED
REDACTED
------Original Message------
From: cacd_ecfmail@cacd.uscourts.gov
To: ecfnef@cacd.uscourts.gov
Subject: Activity in Case 2:10-cv-01025-DMG -MAN Jennifer Red et al v. The
Kroger Company Notice (Other)
Sent: Jul 28, 2010 9:00 PM

This is an automatic e-mail message generated by the CM/ECF system. Please
DO NOT RESPOND to this e-mail because the mail box is unattended. ***NOTE TO
PUBLIC ACCESS USERS*** Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed
electronically, if receipt is required by law or directed by the filer.
PACER access fees apply to all other users. To avoid later charges, download
a copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not
apply.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing The following transaction was entered by Morris,
Emilia on 7/28/2010 at 6:00 PM PDT and filed on 7/28/2010 Case Name:
Jennifer Red et al v. The Kroger Company Case Number: 2:10-cv-01025-DMG -MAN
Filer: The Kroger Company Document Number: 42 Docket Text: NOTICE filed by
Defendant The Kroger Company. NOTICE OF LODGING AND REQUEST FOR JUDICIAL
NOTICE OF JULY 26, 2010 MINUTE ORDER IN RED, ET AL. V. KRAFT FOODS, INC. NO.

2:10-CV-01028-GW-AGR (Attachments: # (1) Exhibit A)(Morris, Emilia)
2:10-cv-01025-DMG -MAN Notice has been electronically mailed to: Angel A
Garganta      angel.garganta@aporter.com, elizabeth.tryon@aporter.com,
marie.ticzon@aporter.com, mary.anne.donaldson@aporter.com Elizabeth Lee Beck
   elizabeth@beckandlee.com, beckandlee@gmail.com, ekle1974@yahoo.com
Emilia P E Morris      emilia.morris@aporter.com Gregory S Weston
greg@westonfirm.com, evan@westonfirm.com, roz@westonfirm.com Jared H. Beck
   jared@beckandlee.com, beckandlee@gmail.com, ekle2007@yahoo.com,
elizabeth@beckandlee.com John Joseph Fitzgerald , IV      jack@westonfirm.com
Rachel L Chanin      rachel.chanin@aporter.com, elizabeth.tryon@aporter.com,
kendra.thompson@aporter.com, mary.anne.donaldson@aporter.com Sean O Morris
   sean_morris@aporter.com 2:10-cv-01025-DMG -MAN Notice has been delivered
by

_____ Information from ESET NOD32 Antivirus, version of virus signature
database 5341 (20100804)_____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

# Exhibit I

| **From:** | jared@beckandlee.com |
| **To:** | "Elizabeth Lee Beck"; "Greg Weston"; Jack Fitzgerald |
| **Cc:** | jared@beckandlee.com |
| **Subject:** | RE: Activity in Case 2:10-cv-01025-DMG -MAN Jennifer Red et al v. The Kroger Company Notice (Other) |
| **Date:** | Wednesday, August 04, 2010 9:07:19 PM |
| **Attachments:** | Kroger - Reply to Kroger"s Request for Judicial Notice Re Wu July Tentative JHB edits.docx |

**My edits attached - Jack pls review for grammar/spelling and then file - thx**


On August 4, 2010 at 5:29 PM Jack Fitzgerald <jack@westonfirm.com> wrote:

> Draft for your review.
>
> Jack Fitzgerald
> The Weston Firm
> 2811 Sykes Court
> Santa Clara, California 95051
> Phone: (408) 459-0305
> Cell: (650) 440-3170
>
>
> -----Original Message-----
> From: Jared H. Beck [mailto:jared@beckandlee.com]
> Sent: Wednesday, August 04, 2010 8:46 AM
> To: Jack Fitzgerald; Greg Weston; Elizabeth Lee Beck
> Subject: Fw: Activity in Case 2:10-cv-01025-DMG -MAN Jennifer Red et al v.
> The Kroger Company Notice (Other)
>
> Have we decided to respond to this?  REDACTED
> REDACTED
> Original Message
> From: cacd ecfmail@cacd.uscourts.gov
> To: ecfnef@cacd.uscourts.gov
> Subject: Activity in Case 2:10-cv-01025-DMG -MAN Jennifer Red et al v. The
> Kroger Company Notice (Other)
> Sent: Jul 28, 2010 9:00 PM
>
> This is an automatic e-mail message generated by the CM/ECF system. Please
> DO NOT RESPOND to this e-mail because the mail box is unattended. ***NOTE
TO
> PUBLIC ACCESS USERS*** Judicial Conference of the United States policy
> permits attorneys of record and parties in a case (including pro se
> litigants) to receive one free electronic copy of all documents filed
> electronically, if receipt is required by law or directed by the filer.
> PACER access fees apply to all other users. To avoid later charges,
download
> a copy of each document during this first viewing. However, if the
> referenced document is a transcript, the free copy and 30 page limit do
not
> apply.
>
> UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
> Notice of Electronic Filing The following transaction was entered by
Morris,
> Emilia on 7/28/2010 at 6:00 PM PDT and filed on 7/28/2010 Case Name:
> Jennifer Red et al v. The Kroger Company Case Number: 2:10-cv-01025-DMG -
MAN
> Filer: The Kroger Company Document Number: 42 Docket Text: NOTICE filed by
> Defendant The Kroger Company. NOTICE OF LODGING AND REQUEST FOR JUDICIAL
> NOTICE OF JULY 26, 2010 MINUTE ORDER IN RED, ET AL. V. KRAFT FOODS, INC.
NO.
> 2:10-CV-01028-GW-AGR (Attachments: # (1) Exhibit A)(Morris, Emilia)
> 2:10-cv-01025-DMG -MAN Notice has been electronically mailed to: Angel A
> Garganta    angel.garganta@aporter.com, elizabeth.tryon@aporter.com,
> marie.ticzon@aporter.com, mary.anne.donaldson@aporter.com Elizabeth Lee
Beck
>    elizabeth@beckandlee.com, beckandlee@gmail.com, ekle1974@yahoo.com
> Emilia P E Morris    emilia.morris@aporter.com Gregory S Weston
> greg@westonfirm.com, evan@westonfirm.com, roz@westonfirm.com Jared H. Beck

```
>    jared@beckandlee.com, beckandlee@gmail.com, ekle2007@yahoo.com,
> elizabeth@beckandlee.com John Joseph Fitzgerald , IV
jack@westonfirm.com
> Rachel L Chanin      rachel.chanin@aporter.com, elizabeth.tryon@aporter.com,
> kendra.thompson@aporter.com, mary.anne.donaldson@aporter.com Sean O Morris

>    sean_morris@aporter.com 2:10-cv-01025-DMG -MAN Notice has been delivered
> by
>
>
> _____ Information from ESET NOD32 Antivirus, version of virus
signature
> database 5341 (20100804) _____
>
> The message was checked by ESET NOD32 Antivirus.
>
> http://www.eset.com
>
```

_____ Information from ESET NOD32 Antivirus, version of virus signature database 5341 (20100804) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

# Exhibit J

| From: | jared@beckandlee.com |
|---|---|
| To: | Gregory S. Weston; "Jack Fitzgerald" |
| Cc: | elizabeth@beckandlee.com; jared@beckandlee.com |
| Subject: | Fwd: Activity in Case 2:10-cv-02303-CBM-VBK Eileen Peviani v. Hostess Brands, Inc. Declaration (non-motion) |
| Date: | Tuesday, August 03, 2010 9:55:24 PM |

can you guys confirm that Defendants/Shook Hardy were served with Judge Marshall's Local Rules Order - (I assume it was by e-mail after Rothrock appeared?) - Hostess is claiming they were never served (as is required under the terms of the Order) as a defense to Judge Marshall's Order to Show Cause as to why Sanctions should not issue against Hostess and its attorneys - thanks, we may want to consider filing an opposing declaration

```
---------- Original Message ----------
From: cacd_ecfmail@cacd.uscourts.gov
To: ecfnef@cacd.uscourts.gov
Date: August 3, 2010 at 10:25 PM
Subject: Activity in Case 2:10-cv-02303-CBM-VBK Eileen Peviani v. Hostess
Brands, Inc. Declaration (non-motion)

This is an automatic e-mail message generated by the CM/ECF system. Please
DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed
electronically, if receipt is required by law or directed by the filer.
PACER access fees apply to all other users. To avoid later charges, download
a copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not
apply.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
Notice of Electronic Filing


The following transaction was entered by Rothrock, Frank on 8/3/2010 at 3:25
PM PDT and filed on 8/3/2010
Case Name:        Eileen Peviani v. Hostess Brands, Inc.
Case Number:      2:10-cv-02303-CBM-VBK
[https://ecf.cacd.uscourts.gov/cgi-bin/DktRpt.pl?468869]
Filer:       Interstate Brands Corporation
        Hostess Brands, Inc.
        IBC Sales Corporation
Document Number:      33 [https://ecf.cacd.uscourts.gov/doc1/031110642803?
caseid=468869&de_seq_num=110&magic_num=49177408]

Docket Text:
DECLARATION of Frank C. Rothrock re Response (non-motion)[30] OSC re
Sanctionsfiled by Defendants Hostess Brands, Inc., IBC Sales Corporation,
Interstate Brands Corporation. (Rothrock, Frank)

2:10-cv-02303-CBM-VBK Notice has been electronically mailed to:

Elizabeth Lee Beck      elizabeth@beckandlee.com, beckandlee@gmail.com,
ekle1974@yahoo.com

Frank C Rothrock     Frothrock@shb.com, dhohmann@shb.com, esparkuhl@shb.com,
nmosley@shb.com, plascala@shb.com

Gregory S Weston     greg@westonfirm.com, evan@westonfirm.com,
roz@westonfirm.com

Jared H. Beck     jared@beckandlee.com, beckandlee@gmail.com,
ekle2007@yahoo.com, elizabeth@beckandlee.com

John Joseph Fitzgerald , IV     jack@westonfirm.com
```

2:10-cv-02303-CBM-VBKNotice has been delivered by First Class U. S. Mail or
by fax to: :

The following document(s) are associated with this transaction:
Document description:Main Document
Original filename:c:\document\Peviani\Rothrock Dec-OSC.pdf
Electronic document Stamp:
[STAMP cacdStamp_ID=1020290914 [Date=8/3/2010] [FileNumber=10124376-0]
[2814b09d1fc3a3d4a5fa963521be96908cf4f0fd3c8cc9fba6edf24b4bad6be04aab
3de8da0c7bbe11843fda12bcd45f62de9aaab297e0c1a8969693b93b6a97]]


_____ Information from ESET NOD32 Antivirus, version of virus signature
database 5338 (20100803) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

# Exhibit K

| From: | Elizabeth Lee Beck |
|---|---|
| To: | "Petmecky, Kalia"; "Gregory S. Weston"; jack@westonfirm.com; jared@beckandlee.com |
| Cc: | "Kirwan, R"; "Huffman, Gregory" |
| Subject: | RE: Henderson v. Gruma Corp.: Request for Meet and Confer re Gruma Corp."s Anticipated 12(b)(6) Motion to Dismiss |
| Date: | Tuesday, August 03, 2010 2:18:29 PM |

Kalia what is your availability next week—get back to me asap

ELIZABETH LEE BECK, ESQ. | Beck & Lee Business Trial Lawyers
Courthouse Plaza Building | 28 West Flagler Street Suite 555 | Miami, Florida 33130
305-789-0072 Phone | 305-968-3426 Cell | 786-206-2447 Fax
elizabeth@beckandlee.com | www.beckandlee.com

=================================================
The information contained in this e-mail message is confidential, may be
attorney privileged, and is intended only for the use of the individual(s)
named above. If you are not the intended recipient, you are hereby notified
that any dissemination, distribution or copy of this communication is strictly
prohibited. If you have received this communication in error, please contact
the sender by reply e-mail and destroy all copies of the original message.
=================================================

**From:** Petmecky, Kalia [mailto:kpetmecky@AKINGUMP.COM]
**Sent:** Tuesday, August 03, 2010 4:20 PM
**To:** 'Gregory S. Weston'; jack@westonfirm.com; jared@beckandlee.com; elizabeth@beckandlee.com
**Cc:** Kirwan, R; 'Huffman, Gregory'
**Subject:** Henderson v. Gruma Corp.: Request for Meet and Confer re Gruma Corp.'s Anticipated 12(b)(6) Motion to Dismiss

Dear Counsel:

Pursuant to my telephone message to the Weston Firm this morning, I write to request that we meet and confer pursuant to Local Rule 7-3 in connection with Gruma Corp.'s anticipated motion to dismiss pursuant to FRCP 12(b) and 12(e) to plaintiffs' First Amended Complaint. The grounds for our motion are essentially the same as the grounds asserted in our motion to dismiss the initial complaint.

Greg, I understand from your assistant that you will be in the office this afternoon and all day tomorrow. Please let me know if you are available to meet and confer at any time this afternoon. Otherwise, please let me know if you are available to meet and confer at 9:00 a.m. tomorrow, Wednesday, August 4, 2010.

Best regards,
Kalia

**AKIN GUMP STRAUSS HAUER & FELD LLP**

2029 Century Park East, Suite 2400

Los Angeles, California 90067

Tel:  (310) 229-3827

Fax: (310) 229-1001

IRS Circular 230 Notice Requirement: This communication is not given in the
form of a covered opinion, within the meaning of Circular 230 issued by the
United States Secretary of the Treasury. Thus, we are required to inform you
that you cannot rely upon any tax advice contained in this communication for
the purpose of avoiding United States federal tax penalties. In addition,
any tax advice contained in this communication may not be used to promote,
market or recommend a transaction to another party.

The information contained in this e-mail message is intended only for the
personal and confidential use of the recipient(s) named above. If you have
received this communication in error, please notify us immediately by e-mail,
and delete the original message.

_____ Information from ESET NOD32 Antivirus, version of virus signature
database 5338 (20100803) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

# Exhibit L

| **From:** | jared@beckandlee.com |
| **To:** | shackelfordr@gtlaw.com |
| **Cc:** | elizabeth@beckandlee.com; greg@westonfirm.com; jack@westonfirm.com; jared@beckandlee.com |
| **Subject:** | Fwd: RE: Yumul v. Smart Balance |
| **Date:** | Wednesday, August 04, 2010 10:44:53 AM |

Rick, you still have not responded to my e-mail from last week.  Is this an indication that we will need to move to compel compliance with the Court's lifting of the discovery stay? Please advise

---------- Original Message ----------
From: "Jared H. Beck" <jared@beckandlee.com>
To: shackelfordr@gtlaw.com
Cc: elizabeth@beckandlee.com, greg@westonfirm.com, jack@westonfirm.com
Date: July 30, 2010 at 7:29 PM
Subject: RE: Yumul v. Smart Balance

Rick, now that the Court has lifted the discovery stay in its entirety,
please advise when we can expect to receive your client's responses and full
production of documents.

Also, we intend to depose your client's representative with the most
knowledge relevant to class certification issues.  Please advise us when
he/she is available within the next 1-2 months so we can notice accordingly,
thank you.


JARED H. BECK, ESQ. | Beck & Lee Business Trial Lawyers
Courthouse Plaza Building | 28 West Flagler Street Suite 555 | Miami,
Florida 33130
305-789-0072 Phone | 786-664-3334 Fax

jared@beckandlee.com | twitter.com/JaredBeck
website: www.beckandlee.com | blog: beckandlee.wordpress.com

====================================================
The information contained in this e-mail message is confidential, may be
attorney privileged, and is intended only for the use of the individual(s)
named above.  If you are not the intended recipient, you are hereby notified

that any dissemination, distribution or copy of this communication is
strictly
prohibited.  If you have received this communication in error, please
contact
the sender by reply e-mail and destroy all copies of the original message.
====================================================


-----Original Message-----
From: shackelfordr@gtlaw.com [mailto:shackelfordr@gtlaw.com]
Sent: Wednesday, June 30, 2010 3:32 PM
To: jared@beckandlee.com
Cc: greg@westonfirm.com; elizabeth@beckandlee.com; jack@westonfirm.com
Subject: RE: Yumul v. Smart Balance

We have reviewed your pending discovery requests in light of the court's
order lifting, in limited fashion, the discovery stay.  Based upon the
court's order, it appears to us that none of plaintiff's interrogatories
fall outside the stay, because none of them seeks labels or advertising
with respect to the only product at issue, and we do not intend to
produce any information regarding products that are not at issue in the
amended complaint.  As for plaintiff's document requests, we believe
that, at most, requests 2, 7, 17 and 18 fall outside the stay.  As to
those, we have produced to you, as exhibits to Mr. Dray's declaration,
all responsive documents that were actually available to be seen and
relied upon by consumers during the purported class period.  We have not
produced drafts, and we object to producing drafts, because consumers
could never have been confused by labels or advertising that were never

used.  With that, we believe we have given you all documents that are
responsive to any of your requests that are outside the discovery stay.

We will provide you with written responses and objections to the
categories above.  You can expect to receive those this week.  In the
unlikely event there are any additional documents, we will produce those
as well. But you shouldn't count on receiving anything further, because
we believe everything responsive has already been given to you with the
declaration.


-----Original Message-----
From: Jared H. Beck [mailto:jared@beckandlee.com]
Sent: Wednesday, June 30, 2010 3:42 AM
To: Shackelford, Rick L. (Shld-LA-LT)
Cc: greg@westonfirm.com; elizabeth@beckandlee.com; jack@westonfirm.com
Subject: RE: Yumul v. Smart Balance

Rick:

In light of the Court's order on Monday, please advise us of when we can
expect to receive your client's responses to our previously served first
request for production and interrogatories.  Thank you.

Very truly yours,



JARED H. BECK, ESQ. | Beck & Lee Business Trial Lawyers Courthouse Plaza
Building | 28 West Flagler Street Suite 555 | Miami, Florida 33130
305-789-0072 Phone | 786-664-3334 Fax

jared@beckandlee.com | twitter.com/JaredBeck
website: www.beckandlee.com | blog: beckandlee.wordpress.com

=======================================================
The information contained in this e-mail message is confidential, may be
attorney privileged, and is intended only for the use of the
individual(s) named above.  If you are not the intended recipient, you
are hereby notified that any dissemination, distribution or copy of this
communication is strictly prohibited.  If you have received this
communication in error, please contact the sender by reply e-mail and
destroy all copies of the original message.
=======================================================

-----Original Message-----
From: shackelfordr@gtlaw.com [mailto:shackelfordr@gtlaw.com]
Sent: Friday, June 18, 2010 8:21 PM
To: jared@beckandlee.com
Cc: greg@westonfirm.com; elizabeth@beckandlee.com; jack@westonfirm.com
Subject: RE: Yumul v. Smart Balance

In answer to your questions, I attach the following:

1.  A draft of a Supplemental Joint Rule 26 Report, which includes
Defendant's position.

2.  PDF copies of the exhibits that will be submitted in support of our
motion to dismiss.

We will be moving to dismiss under Rule 12(b)(6), so we will not be
filing an answer until the pleadings are settled.  Sorry if we created
confusion on that point.


----------------------------------------------------------------------
--
    Tax Advice Disclosure: To ensure compliance with requirements
imposed by the IRS under Circular 230, we inform you that any U.S.
federal tax advice contained in this communication (including any
attachments), unless otherwise specifically stated, was not intended or
written to be used, and cannot be used, for the purpose of (1) avoiding
penalties under the Internal Revenue Code or (2) promoting, marketing or
recommending to another party any matters addressed herein.

    The information contained in this transmission may contain
privileged and confidential information. It is intended only for the use
of the person(s) named above. If you are not the intended recipient, you
are hereby notified that any review, dissemination, distribution or
duplication of this communication is strictly prohibited. If you are not
the intended recipient, please contact the sender by reply email and
destroy all copies of the original message. To reply to our email
administrator directly, please send an email to
mailto:postmaster@gtlaw.com.

------------------------------------------------------------------------
--


From: Jared H. Beck [mailto:jared@beckandlee.com]
Sent: Friday, June 18, 2010 3:25 AM
To: Shackelford, Rick L. (Shld-LA-LT)
Cc: 'Gregory S. Weston'; Elizabeth Lee Beck; Jack Fitzgerald
Subject: Re: Yumul v. Smart Balance

Rick, one more thing - I believe the parties have to submit a revised
rule 26 report by monday - are you going to forward us a draft for
review?
------Original Message------
From: Jared H. Beck
To: shackelfordr@gtlaw.com
Cc: 'Gregory S. Weston'
Cc: Elizabeth Lee Beck
Cc: Jack Fitzgerald
Subject: Yumul v. Smart Balance
Sent: Jun 17, 2010 3:10 PM

Rick:


Greg Weston forwarded me the below e-mail from you.  I have a couple
questions on your intention to file a motion for judgment on the
pleadings:


1.      We can assume Smart Balance will be answering the FAC prior to
doing so?

2.      It is hard for us to confer on issues relating to another
version
of the label without seeing it.  Can you send us what you are
referencing?


Thank you and please remember to copy all counsel when communicating
with us.


JARED H. BECK, ESQ. | Beck & Lee Business Trial Lawyers

Courthouse Plaza Building | 28 West Flagler Street Suite 555 | Miami,
Florida 33130

305-789-0072 Phone | 786-664-3334 Fax


 <mailto:elizabeth@beckandlee.com> jared@beckandlee.com |
twitter.com/JaredBeck

website:  <http://www.beckandlee.com> www.beckandlee.com | blog:
beckandlee.wordpress.com


=======================================================

The information contained in this e-mail message is confidential, may be

attorney privileged, and is intended only for the use of the individual(s)

named above.  If you are not the intended recipient, you are hereby notified

that any dissemination, distribution or copy of this communication is strictly

prohibited.  If you have received this communication in error, please contact

the sender by reply e-mail and destroy all copies of the original message.

=========================================================

Following up on my call to you last week about our motion for judgment on the pleadings.  Pursuant to Local Rule 7-3, I am again informing you of that we will be filing a motion for judgment on the pleadings pursuant to Rule 12(c).  The grounds are (i) prior to November 2009, the label did not have the word healthy anywhere on it; (ii) Yumul lacks standing to pursue the claims because she neither suffered any loss of money or property, nor did anything different as a result of the word healthy appearing on the label in November 2009; and (iii) Yumul has alleged no facts to justify tolling under any theory.  I'm happy to discuss this further with you if you would like.

Rick L. Shackelford
Shareholder
Greenberg Traurig LLP | 2450 Colorado Avenue | Suite 400 East | Santa Monica, CA 90404 Tel 310.586.3878 | Fax 310.586.1378

 <mailto:shackelfordr@gtlaw.com> shackelfordr@gtlaw.com | <http://www.gtlaw.com/> www.gtlaw.com

-----Original Message-----

_____ Information from ESET NOD32 Antivirus, version of virus signature database 5341 (20100804) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

# Exhibit M

It reflects what she said at the hearing - she is definitely giving us leave to amend, but hostess dismissed on jurisdictional grounds unless we want to do jurisdictional discovery and file a motn for recon REDACTED

REDACTED

She will be issuing a written order which will be giving us guidance on how to amend

Sent from my Verizon Wireless BlackBerry

**From:** "Jack Fitzgerald" <jack@westonfirm.com>
**Date:** Wed, 4 Aug 2010 09:26:04 -0700
**To:** <jared@beckandlee.com>; <elizabeth@beckandlee.com>
**Cc:** 'Gregory S. Weston'<greg@westonfirm.com>
**Subject:** FW: Activity in Case 2:10-cv-02303-CBM-VBK Eileen Peviani v. Hostess Brands, Inc. Order on Motion to Dismiss Case

Do you guys have any insight into what this order means (since it's not accompanied by any written decision)? Which part of the MTD did she grant, and which is reserved? Who must file a motion for reconsideration, and over what issue?

Strange minute entry.

Jack Fitzgerald

The Weston Firm

2811 Sykes Court

Santa Clara, California 95051

Phone: (408) 459-0305

Cell: (650) 440-3170

**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Tuesday, August 03, 2010 6:17 AM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:10-cv-02303-CBM-VBK Eileen Peviani v. Hostess Brands, Inc. Order on Motion to Dismiss Case

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To

**avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 8/3/2010 at 6:17 AM PDT and filed on 7/29/2010
**Case Name:** Eileen Peviani v. Hostess Brands, Inc.
**Case Number:** 2:10-cv-02303-CBM-VBK
**Filer:**
**Document Number:** 29

**Docket Text:**
**MINUTES of Defendants' Motion to Dismiss First Amended Complaint [19] held before Judge Consuelo B. Marshall. Motion to Dismiss First Amended Complaint is granted in part and ruling is reserved in part. Motion for Reconsideration shall be filed no later than Oct. 12, 2010. Court Reporter: Bridget Montero.(lom)**

**2:10-cv-02303-CBM-VBK Notice has been electronically mailed to:**

Jared H. Beck     ekle2007@yahoo.com, beckandlee@gmail.com, jared@beckandlee.com, elizabeth@beckandlee.com

Elizabeth Lee Beck     beckandlee@gmail.com, ekle1974@yahoo.com, elizabeth@beckandlee.com

John Joseph Fitzgerald     jack@westonfirm.com

Frank C Rothrock     plascala@shb.com, esparkuhl@shb.com, dhohmann@shb.com, nmosley@shb.com, frothrock@shb.com

Gregory S Weston     roz@westonfirm.com, evan@westonfirm.com, greg@westonfirm.com

**2:10-cv-02303-CBM-VBK Notice has been delivered by First Class U. S. Mail or by fax to: :**

_____ Information from ESET NOD32 Antivirus, version of virus signature database 5340 (20100804)_____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

# Exhibit N

| From: | Jared H. Beck |
| --- | --- |
| To: | "Jack Fitzgerald"; greg@westonfirm.com |
| Cc: | "Elizabeth Lee Beck" |
| Subject: | FW: Activity in Case 2:10-cv-04173-AHM-AJW Mary Henderson et al v. Gruma Corporation et al Minutes of In Chambers Order/Directive - no proceeding held |
| Date: | Sunday, August 08, 2010 10:31:32 PM |

This is due next Monday fyi

REDACTED

This is gonna be an issue in all the trans fat cases I'm afraid as long as they are filed in fed court. Sucks.


JARED H. BECK, ESQ. | Beck & Lee Business Trial Lawyers
Courthouse Plaza Building | 28 West Flagler Street Suite 555 | Miami, Florida 33130
305-789-0072 Phone | 786-664-3334 Fax

jared@beckandlee.com | twitter.com/JaredBeck
website: www.beckandlee.com | blog: beckandlee.wordpress.com

===================================================
The information contained in this e-mail message is confidential, may be
attorney privileged, and is intended only for the use of the individual(s)
named above. If you are not the intended recipient, you are hereby notified
that any dissemination, distribution or copy of this communication is strictly
prohibited. If you have received this communication in error, please contact
the sender by reply e-mail and destroy all copies of the original message.
===================================================

**From:** cacd_ecfmail@cacd.uscourts.gov [mailto:cacd_ecfmail@cacd.uscourts.gov]
**Sent:** Tuesday, August 03, 2010 2:35 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:10-cv-04173-AHM-AJW Mary Henderson et al v. Gruma Corporation et al Minutes of In Chambers Order/Directive - no proceeding held


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To**

**avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 8/3/2010 at 11:35 AM PDT and filed on 8/3/2010
**Case Name:**        Mary Henderson et al v. Gruma Corporation et al
**Case Number:**     2:10-cv-04173-AHM-AJW
**Filer:**
**Document Number:** 22

**Docket Text:**
**MINUTES IN CHAMBERS by Judge A. Howard Matz: Plaintiffs are ORDERED TO SHOW CAUSE in writing, by not later than 8/16/2010, why this Court should continue to assert jurisdiction. In their response, which is not to exceed ten pages, Plaintiffs are to address why this Court is not required to decline jurisdiction under 28 USC section 1332(d)(4), as well as why this Courtshould choose not to decline to exercise jurisdiction in the interests of justice under 28 USC section 1332(d)(3). (jp)**

**2:10-cv-04173-AHM-AJW Notice has been electronically mailed to:**

David C Allen     dallen@akingump.com

Jared H. Beck    ekle2007@yahoo.com, beckandlee@gmail.com, jared@beckandlee.com, elizabeth@beckandlee.com

Elizabeth Lee Beck    beckandlee@gmail.com, ekle1974@yahoo.com, elizabeth@beckandlee.com

Gregory S C Huffman    gregory.huffman@tklaw.com, ruth.fox@tklaw.com, madeleine.combs@tklaw.com

Kalia C Petmecky    kpetmecky@akingump.com

John Joseph Fitzgerald    jack@westonfirm.com

Nicole Leigh Williams    nicole.williams@tklaw.com

Gregory S Weston    roz@westonfirm.com, evan@westonfirm.com, greg@westonfirm.com

Devin Stone    dkirvan@akingump.com, dstone@akingump.com

R DeWitt Kirwan    rkirwan@akingump.com

**2:10-cv-04173-AHM-AJW Notice has been delivered by First Class U. S. Mail or by fax to: :**

_____ Information from ESET NOD32 Antivirus, version of virus signature database 5350 (20100808) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

# Exhibit O

| | |
|---|---|
| **From:** | Jared H. Beck |
| **To:** | "Gregory S. Weston"; "Elizabeth Lee Beck"; "Jared H. Beck" |
| **Cc:** | "Jack Fitzgerald" |
| **Subject:** | Yumul SBI depo notice |
| **Date:** | Monday, August 09, 2010 12:02:59 AM |
| **Attachments:** | SBI depo notice.docx |

Here's the depo notice for SBI

Take a look and see if there is anything we should add


REDACTED

Our office will serve this (ELB we need to add a certificate of service obviously)

_____ Information from ESET NOD32 Antivirus, version of virus signature database 5350 (20100808) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

# Exhibit P

| From: | Elizabeth Lee Beck |
| To: | "Michael Reese"; "Gregory S. Weston"; "Kim Richman" |
| Cc: | "Jared H. Beck"; jack@westonfirm.com; "Stern, William L." |
| Subject: | RE: Unilever |
| Date: | Monday, August 09, 2010 9:19:51 AM |

Mike,

I have taken a preliminary look at your edits and find your changes to the fees section inaccurate and at the very least, very premature.  As such, we will be sending in our own edits to defense counsel once finalized and cc you.

As you and I discussed on the phone some weeks back, I completely am at a loss as to why some $250,000 should go into your trust account without any determination by the court of appropriate fees.  Have you done work to justify that?  If so, I haven't seen hide nor hair of any proper evidence.

Obviously, your firm and the Weston/Beck firms disagree here, but this issue needs to be hashed out.  We should get paid for the work we have done.  I am cc'ing defense counsel, fyi

ELIZABETH LEE BECK, ESQ. | Beck & Lee Business Trial Lawyers
Courthouse Plaza Building | 28 West Flagler Street Suite 555 | Miami, Florida 33130
305-789-0072 Phone | 305-968-3426 Cell | 786-206-2447 Fax
elizabeth@beckandlee.com | www.beckandlee.com

===============================================
The information contained in this e-mail message is confidential, may be attorney privileged, and is intended only for the use of the individual(s) named above.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited.  If you have received this communication in error, please contact the sender by reply e-mail and destroy all copies of the original message.
===============================================

**From:** Michael Reese [mailto:mreese@reeserichman.com]
**Sent:** Monday, August 09, 2010 12:00 PM
**To:** Elizabeth Lee Beck; Gregory S. Weston; Kim Richman
**Subject:** Re: Unilever

Elizabeth and Greg -

Do you all have any edits?

I am going to circulate my edits to the other side at close of business today and was hoping to include your edits as well.

On Thu, Aug 5, 2010 at 2:56 PM, Michael Reese <mreese@reeserichman.com> wrote:

Elizabeth and Greg -

My firm's edits are attached.

Do you all have any edits?


--
Michael R. Reese

REESE RICHMAN LLP

875 Avenue of the Americas, 18th Floor

New York, New York 10001

Telephone: (212) 643-0500

Facsimile: (212) 253-4272

--
Michael R. Reese

REESE RICHMAN LLP

875 Avenue of the Americas, 18th Floor

New York, New York 10001

Telephone: (212) 643-0500

Facsimile: (212) 253-4272

_____ Information from ESET NOD32 Antivirus, version of virus signature database 5352 (20100809) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

# Exhibit Q

| | |
|---|---|
| **From:** | Jared H. Beck |
| **To:** | Greg Weston; Jack Fitzgerald |
| **Cc:** | Elizabeth Lee Beck |
| **Subject:** | Calendaring |
| **Date:** | Wednesday, August 04, 2010 1:19:20 PM |

Is your office calendaring dates relating to smart balance? The scheduling order is tight and we can't afford to blow any deadlines so I need to know if our office has to take the lead on this - thx

_____ Information from ESET NOD32 Antivirus, version of virus signature database 5341 (20100804) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

# Exhibit R

Have a look at attached – REDACTED

We should try to file this this week

_____ Information from ESET NOD32 Antivirus, version of virus signature database 5350 (20100808) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

# Exhibit S

JARED H. BECK, ESQ. | Beck & Lee Business Trial Lawyers

Courthouse Plaza Building | 28 West Flagler Street Suite 555 | Miami, Florida 33130
305-789-0072 Phone | 786-664-3334 Fax

jared@beckandlee.com | twitter.com/JaredBeck
website: www.beckandlee.com | blog: beckandlee.wordpress.com

==================================================
The information contained in this e-mail message is confidential, may be
attorney privileged, and is intended only for the use of the individual(s)
named above.  If you are not the intended recipient, you are hereby notified
that any dissemination, distribution or copy of this communication is strictly
prohibited.  If you have received this communication in error, please contact
the sender by reply e-mail and destroy all copies of the original message.
==================================================

_____ Information from ESET NOD32 Antivirus, version of virus signature
database 5359 (20100811) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com

# Exhibit T

JARED H. BECK, ESQ. | Beck & Lee Business Trial Lawyers
Courthouse Plaza Building | 28 West Flagler Street Suite 555 | Miami, Florida 33130
305-789-0072 Phone | 786-664-3334 Fax

jared@beckandlee.com | twitter.com/JaredBeck
website: www.beckandlee.com | blog: beckandlee.wordpress.com

===================================================
The information contained in this e-mail message is confidential, may be
attorney privileged, and is intended only for the use of the individual(s)
named above.  If you are not the intended recipient, you are hereby notified
that any dissemination, distribution or copy of this communication is strictly
prohibited.  If you have received this communication in error, please contact
the sender by reply e-mail and destroy all copies of the original message.
===================================================

_____ Information from ESET NOD32 Antivirus, version of virus signature database 5361 (20100812) _____

The message was checked by ESET NOD32 Antivirus.

http://www.eset.com