**THE WESTON FIRM**
GREGORY S. WESTON (239944)
888 Turquoise Street
San Diego, CA 92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553
greg@westonfirm.com

JACK FITZGERALD (257370)
2811 Sykes Court
Santa Clara, CA 95051
Telephone: (408) 459-0305
jack@westonfirm.com

*Counsel for Plaintiffs Evangeline Red,
Jennifer Red, and Rachel Whitt*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVANGELINE RED, JENNIFER RED, RACHEL WHITT, on behalf of Themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER PLC and UNILEVER UNITED STATES, INC.,<br><br>Defendants. | Case No: 3:10-cv-00387 JW<br>Pleading Type: Class Action<br><br>**AFFIDAVIT OF JUNE HIGGINBOTHAM**<br><br>Judge: The Hon. James Ware<br>Date: September 13, 2010<br>Time: 9:00 a.m.<br>Location: Courtroom 8, 4th Floor |

**State of California**

**County of** San Diego

BEFORE ME, the undersigned Notary, Roman Cedillo on this 26 day of August, 2010, June Higginbotham personally appeared, known to me to be a credible person and of lawful age, who being by me first duly sworn, on her oath, deposes and says:

1. Until June 31, 2010, I was roommates with Roz Sutton, who had begun working as a paralegal at the Weston Firm in January, 2010.

2. Shortly after starting, Ms. Sutton described some of the work she was doing for The Weston Firm, including cases they had brought concerning deceptive food labels. Ms. Sutton noticed I frequently purchased a product the Weston Firm was investigating, and explained to me what being a representative plaintiff in a class action lawsuit involved.

3. As part of that discussion, Ms. Sutton explained that representative plaintiffs in class action lawsuits often receive incentive awards, if successful, but emphasized that any incentive amount is awarded by the court. Mr. Weston further explained how incentive awards work over dinner on one occasion.

4. As a result of my conversations with Ms. Sutton, in late January, 2010, I retained the Weston Firm to represent me in class action lawsuits against two food manufacturers.

5. I have never received money or anything else of value from the Weston Firm or Gregory Weston, except that Mr. Weston has took me to dinner on one occasion, and Ms. Sutton took me to dinner on another occasion. On both occasions we discussed my cases and related legal issues. I estimate that the combined bill for those meals was $70.

[Continued]

1

*Red et al. v. Unilever PLC et al.*, Case No. 3:10-cv-00387 JW
AFFIDAVIT OF JUNE HIGGINBOTHAM

6. I have also never been offered money or anything else of value by the Weston Firm, Gregory Weston, Roz Sutton, or any other person associated with the Weston Firm.

*June Higginbotham*
REDACTED
San Diego, CA 92120

**State of California**

**County of** San Diego

Subscribed and sworn before me on this 26 day of August, 2010, by June Higginbotham, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Respectfully Submitted,

/s/ Gregory S. Weston
Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
888 Turquoise Street
San Diego, CA 92109
Telephone:    858 488 1672
Facsimile:    480 247 4553

JACK FITZGERALD
2811 Sykes Court
Santa Clara, CA 95051
Telephone: (408) 459-0305

*Counsel for Plaintiffs Evangeline Red, Jennifer Red, and Rachel Whitt*