```
 1 | THE WESTON FIRM
   | GREGORY S. WESTON (239944)
 2 | 888 Turquoise Street
   | San Diego, CA 92109
 3 | Telephone: (858) 488-1672
   | Facsimile: (480) 247-4553
 4 | greg@westonfirm.com
 5 | JACK FITZGERALD (257370)
   | 2811 Sykes Court
 6 | Santa Clara, CA 95051
   | Telephone: (408) 459-0305
 7 | jack@westonfirm.com
 8 | *Counsel for Plaintiffs Evangeline Red,*
 9 | *Jennifer Red, and Rachel Whitt*
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVANGELINE RED, JENNIFER RED, RACHEL WHITT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER PLC and UNILEVER UNITED STATES, INC.,<br><br>Defendants. | Case No: 3:10-cv-00387 JW<br>Pleading Type: Class Action<br><br>**DECLARATION OF COURTLAND CREEKMORE IN SUPPORT OF SUPPLEMENTAL BRIEF CONCERNING PLAINTIFFS' TERMINATION OF BECK & LEE AND REESE RICHMAN**<br><br>Judge: The Hon. James Ware<br>Date: September 13, 2010<br>Time: 9:00 a.m.<br>Location: Courtroom 8, 4th Floor |

---

*Red et al. v. Unilever PLC et al.*, Case No. 3:10-cv-00387 JW
DECLARATION OF COURTLAND CREEKMORE IN SUPPORT OF SUPPLEMENTAL BRIEF CONCERNING
PLAINTIFFS' TERMINATION OF BECK & LEE AND REESE RICHMAN

I, Courtland Creekmore, declare:

1. I have personal knowledge of the facts stated herein, and, if called on to do so, could and would testify competently thereto. I make this declaration in support of Plaintiffs' Supplemental Brief Concerning Termination of Beck & Lee and Reese Richman.

2. I am a member in good standing of the State Bar California and this District and have practiced law since 1996. Before attending law school, I served in the United States Army for eight years. The focus of my practice has been representing plaintiffs in California class actions.

3. I have known Gregory Weston since 2005, and I consider him to be of good moral character. We worked together from 2005 to 2007, and since then have kept in touch and periodically talk on the phone and in person, about once a month, to exchange ideas and advice.

4. For the past several months, Mr. Weston has described problems in his dealings with Jared and Elizabeth Beck, including their unwillingness to do their agreed share of work and their propensity to shout and yell obscenities at opposing counsel, at plaintiffs' counsel in related actions, and at him and other people at his firm.

Executed on August 24, 2010 in San Diego, California

/s/ _____
Courtland Creekmore

1

*Red et al. v. Unilever PLC et al.*, Case No. 3:10-cv-00387 JW
DECLARATION OF COURTLAND CREEKMORE IN SUPPORT OF SUPPLEMENTAL BRIEF CONCERNING PLAINTIFFS' TERMINATION OF BECK & LEE AND REESE RICHMAN

Submitted by,

/s/ Gregory S. Weston
Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
888 Turquoise Street
San Diego, CA 92109
Telephone:   858 488 1672
Facsimile:    480 247 4553

JACK FITZGERALD
2811 Sykes Court
Santa Clara, CA 95051
Telephone: (408) 459-0305

*Counsel for Plaintiffs Evangeline Red,
Jennifer Red, and Rachel Whitt*

2

*Red et al. v. Unilever PLC et al.*, Case No. 3:10-cv-00387 JW
DECLARATION OF COURTLAND CREEKMORE IN SUPPORT OF SUPPLEMENTAL BRIEF CONCERNING
PLAINTIFFS' TERMINATION OF BECK & LEE AND REESE RICHMAN