**THE WESTON FIRM**
GREGORY S. WESTON (239944)
JACK FITZGERALD (257370)
888 Turquoise Street
San Diego, CA 92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553
greg@westonfirm.com
jack@westonfirm.com

*Counsel for Plaintiffs Evangeline Red,
Jennifer Red, and Rachel Whitt*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVANGELINE RED, JENNIFER RED, RACHEL WHITT, on behalf of Themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER PLC and UNILEVER UNITED STATES, INC.,<br><br>Defendants. | Case No. 3:10-cv-00387 JW<br>Pleading Type: Class Action<br><br>**DECLARATION OF RON MARRON REGARDING UNPROFESIONAL BEHAVIOR OF ATTORNEYS OF THE BECK & LEE FIRM**<br><br>Judge: The Hon. James Ware<br>Date: September 13, 2010<br>Time: 9:00 a.m.<br>Location: Courtroom 8, 4th Floor |

I, Ron Marron, declare under penalty of perjury:

1. I have been a member in good standing of the California Bar and practiced law here for 15 years, primarily representing individuals in class actions and securities arbitrations.

2. Before the filing of the *Cats and Dogs v. Yelp* action, a friend of mine and the owner of a small business, Christine LaPausky, had retained me to prosecute similar claims against Yelp. At the time, I was preparing for a trial in another class action, involving the fraudulent sale of annuities to senior citizens, so I was delayed in actually filing suit.

3. About two weeks after the filing of *Cats and Dogs*, however, I filed on behalf of Ms. LaPausky a class action against Yelp asserting similar claims as *Cats and Dogs*. While her business was located in San Diego, I filed the action in the Central District of California so the two actions could be coordinated or consolidated.

4. I conferred with both Mr. Weston and the Becks on the issue of consolidation. Mr. Weston was at all times cordial and professional. We exchanged ideas and had several conversations, some quite long, on the best methods of prosecuting the action on behalf of the proposed class. We discussed the idea of all three firms moving for appointment as class counsel, a proposal to which Mr. Weston seemed receptive.

5. My dealings with the Beck and Lee firm were quite different, and it was apparent to me in my dealings with them in March and April 2010 that they were at odds with Mr. Weston in their views on the prosecution of this action. They knew of my long experience representing plaintiff classes in California, but unlike Mr. Weston categorically rejected cooperating with my firm to the benefit of the class.

6. The Becks are among the most unprofessional attorneys I have ever dealt with. They accused me of cooperating with the Defendant, made angry demands that I immediately dismiss my case, and their telephone calls with me involved them screaming and using profanities. I was so shocked by this behavior I made a contemporaneous record of it with the intention of bringing it to the attention of Judge Fairbank.

7. Ultimately I decided that dealing with the Becks' behavior made any work with them impossible. Instead, I set up a lunch meeting between myself, Mr. Weston, and my client.

1

*Red et al. v. Unilever PLC et al.,* Case No. 3:10-cv-00387 JW
**DECLARATION OF RON MARRON**

We again had a cordial discussion of the Yelp action and other class actions, and I felt comfortable with referring my client to Mr. Weston, and advised Ms. LaPausky to retain Mr. Weston to represent her, which she did that day.

8. I do not believe Jared or Elizabeth Beck are suitable counsel for the Plaintiffs in this or any other class action.

Executed on August 26, 2010 in San Diego, California.

/s Ron Marron
Ron Marron

Respectfully Submitted,

s/ Gregory S. Weston
Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
888 Turquoise Street
San Diego, CA 92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553
greg@westonfirm.com
jack@westonfirm.com

**Attorneys for Plaintiffs and the Proposed Classes**