| | |
|---|---|
| 1 | WILLIAM L. STERN (CA SBN 96105) |
| | wstern@mofo.com |
| 2 | JANELLE J. SAHOURIA (CA SBN 253699) |
| | jsahouria@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendant |
| | CONOPCO, INC. (sued herein as |
| 7 | UNILEVER UNITED STATES, INC.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | | |
|---|---|---|
| 14 | AMNON ROSEN, et al., | Case No. C-09-02563 JW |
| | _____/ | Case No. C-10-00387 JW |
| 15 | EVANGELINE RED, et al., | **CLASS ACTION** |
| 16 | Plaintiff, | **DECLARATION OF DAVID BURROWS IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |
| 17 | v. | |
| 18 | UNILEVER UNITED STATES, INC., | |
| 19 | Defendant. | |
| | _____/ | Date: November 1, 2010 |
| 20 | | Time: 9:00 a.m |
| | | Location: 4th Floor, Courtroom 8 |
| 21 | | Judge: Hon. James Ware |

DECLARATION OF D. BURROWS IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT
CASE NOS. C-09-02563 JW, C-10-00387 JW
sf-2869166

I, DAVID BURROWS declare:

1. I am currently employed as the Regional Category Vice President, Spreads and Dressings North America, at Conopco, Inc. dba Unilever ("Unilever"). I submit this Declaration in support of the Joint Motion for Preliminary Approval of Class Settlement in *Rosen v. Unilever United States, Inc.*, No. C 09-02563 JW (N.D. Cal.) ("*Rosen*") and *Red et al. v. Unilever United States, Inc. et al.*, No. C-10-00387 JW (N.D. Cal.) ("*Red*"). I have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify competently to those facts.

2. I have worked as a Regional Category Vice President at Unilever since 2009. Before that, I held the position of Senior Brand Building Director, Ice Cream USA. The division in which I currently serve as Regional Category Vice President has among its portfolio of products soft spread and stick products currently manufactured by Unilever.

3. In the course of my duties at Unilever, I have become familiar with the manufacturing, labeling and advertising of the soft spread and stick brands manufactured by Unilever, including Private Label Products. These products include, but are not limited to: (i) "I Can't Believe It's Not Butter!"® (Original, Light, Fat Free, Cooking & Baking Sticks, Calcium, Mediterranean Blend, Whipped Squeeze, and Spray); (ii) Brummel & Brown®; (iii) Imperial®; (iv) Shedd's Spread Country Crock® (Original, Light, Churn Soft Spreads, Spreadable Sticks, and Limited Edition products); and (v) Willow Run® Margarine. I am also familiar with the Private Label Products which include:

    a. Supervalu (Albertson's/Jewel/Shaw's): Albertson's Soft, Albertson's Little Bit 'o Butter, Albertson's Spread, Albertson's 64% Spread, Albertson's Heart Healthy, Jewel 64% Spread, Shaw's 64% Spread, and Shaw's Heart Healthy;

    b. Kroger/Ralph's: ChurnGold Spread, Kroger 48% Spread, Kroger 40% Value Spread, Kroger Soft, Kroger Active Lifestyle, Kroger Blend, and Ralph's 40% Value;

      c.      Publix: Publix 39% Spread;

      d.      Aldi: Countryside Creamery 48% Soft Spread, Carlini 70% Blend, Countryside Creamery 58% Blend, and Better Balance 64%;

      e.      Associated Wholesale Grocers (AWG): Best Choice Soft, Best Choice 48% Spread, Best Choice Butter Blend, and Always Save 48% Spread;

      f.      Olivio Premium Products: Olivio 60% Soft Spread, Olivio Light Spread, and Olivio 60% Spread;

      g.      Save-A-Lot: Home Churned 48% Spread, and Home Churned 70% Blend;

      h.      Economy Cash 'N Carry: Elgin 48% Spread;

      i.      H.E. Butt: Hill Country Fare 48% Spread, and Hill Country Fare 39% Omega3 Spread;

      j.      Target: Market Pantry 48% Spread, and Market Pantry 64% Spread; and

      k.      Wal-Mart: Great Value 50% Spread.

4. Before *Rosen* and *Red* were filed, Unilever had begun to explore reformulating its soft spreads and stick products to phase out the use of partially hydrogenated vegetable oils ("PHVOs"). Removing PHVOs from soft spread and stick products is a challenging task because vegetable oils are lower in saturated fats than butter. A product that is lower in saturated fats cannot stand up well at room temperature and, for cooking purposes, has a different melting point. So, PHVOs have traditionally been added to a blend of other vegetable oils as a means to make the product more stable at room temperature and to make it perform more like butter when used in cooking. The challenge in removing the PHVOs is to find a substitute that enables the finished product to look and perform like butter, i.e., stay solid at room temperature and have a melting point similar to that of butter so that it can be used as a butter substitute in cooking.

5. I have reviewed the Class Action Settlement Agreement and Release attached as Exhibit 1 to the declaration of Janelle Sahouria in Support of Joint Motion for Preliminary Approval of Class Settlement. The next paragraphs describe the efforts Unilever is committed to undertaking in order to effectuate the terms of the settlement.

1    6.    First, as to its soft spread products, Section 8.1 of the Settlement Agreement states that Unilever "will be required to continue its efforts and/or initiate efforts to remove or reduce levels of partially hydrogenated vegetable oils and artificial trans fat from its Soft Spread and Stick Products and Private Label Products such that no later than December 31, 2011 and continuing until December 31, 2021, Defendant agrees that it will not include partially hydrogenated vegetable oil in any of its soft spread products that are being released under this Settlement Agreement." Unilever has completed the removal of PHVOs from its soft spread products, with a few minor exceptions, e.g., limited edition flavored spreads. This is a substantial undertaking. I have reviewed the budgets and other internal Unilever documents and, based on this information, it is my estimate that the total cost to Unilever of converting all of its soft spread products away from the use of PHVOs is more than $10 million. More than half of those expenditures will go to increases in the cost of goods. A fair amount is allocated to capital expenditure, i.e., to equip the factories with the ability to produce the PHVO-free products. The rest of the sum is made up of costs for research and development, consumer research and testing, and changes to packaging.

7.    Second, as to its stick products, this conversion is the more challenging undertaking. Section 8.2 of the Settlement Agreement states that Unilever "shall spend $500,000.00 (Five Hundred Thousand Dollars) for research in developing commercially acceptable alternatives to partially hydrogenated vegetable oils for its Stick Products." The research and development costs will include factory trials and direct employment costs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 18th day of October, 2010, at Englewood Cliffs, New Jersey.

_____
DAVID BURROWS