# EXHIBIT C

<u>NOTE CHANGES BY COURT</u>

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIYE PARK and TED SUMIDA, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>  v.<br><br>CARLYLE/GALAXY SAN PEDRO, L.P.; CARLYLE SAN PEDRO GP, L.L.C; GALAXY SAN PEDRO, L.L.C.; CARLYLE SAN PEDRO, L.L.C.; CARLYLE REALTY PARTNERS IV, L.P.; GALAXY COMMERICAL HOLDING, L.L.C.; RAFFI COHEN; and MARA ESCROW COMPANY,<br><br>         Defendants. | Case No: 2:09-cv-00793 MMM AJW<br><br>**[PROPOSED] ORDER GRANTING JOINT EX PARTE APPLICATION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, APPROVAL OF NOTICE PLAN, AND SETTING SETTLEMENT FAIRNESS HEARING** |

On reading the Joint *Ex Parte* Application for Preliminary Approval of Proposed Settlement, Conditional Certification of Settlement Class, Appointment of Class Counsel, Approval of Notice Plan, and Setting Settlement Fairness Hearing Date, and the supporting papers filed therewith, the court finds:

    A.    The proposed settlement appears:

        (i)    fair, reasonable, and in the best interest of the class;

        (ii)    to have been negotiated at arms' length without collusion or undue influence;

        (iii)    to fairly and appropriately reflect compromise by both sides in view of the risks inherent in the continued prosecution and defense of the action; and

        (iv)    to offer a benefit to the class that will provide substantial relief in terms of what might have been gained if the case had proceeded to trial;

    B.    The Settlement Class is properly defined;

    C.    Plaintiffs Riye Park and Ted Sumida are suitable class representatives; and

    D.    The Weston Firm is qualified to serve as Class Counsel.

Based on the foregoing, the court hereby **GRANTS** the *Ex Parte* Application and enters the following orders:

    1.    The Class Settlement Agreement is preliminarily approved;

2. The Settlement Class is conditionally certified for settlement purposes only and consists of any individual who, as of May 1, 2009, satisfies all of the following criteria ("Class Members"):

    (a) Is a purchaser (or co-purchaser) who entered into a Purchase and Sale Agreement and Joint Escrow Instructions for Vue (a "Purchase Agreement") to purchase a condominium unit (a "Unit") at the Vue in San Pedro, California (the "Property") between April 2006 and March 31, 2009; and

    (b) Is a party to an escrow that remains open as of May 1, 2009 with regard to the purchase of a Unit at the Property for a Purchase Agreement signed between April 2006 and March 31, 2009.

3. Plaintiffs Park and Sumida are appointed class representatives for the Settlement Class;

4. The Weston Firm is appointed Class Counsel for the Settlement Class;

5. The Notice of Class Action and Proposed Settlement submitted with the joint *ex* parte application is approved and shall be mailed to all Class Members by **Friday, June 19, 2009**;

6. Defendants shall file a report verifying that notice was properly mailed by **Monday, June 22, 2009**;

7. The deadline for Class Members to opt-out of the Settlement Class, or to object to the Class Settlement Agreement, is **Friday, July 10, 2009** (postmark deadline). At the final approval hearing, members of the Class who do not timely opt out of the Class may be heard orally in

3

support of or in opposition to the settlement only if they file a written notification of their intention to appear personally, which includes a brief description of the nature of their objection or position regarding the settlement with the court by **Friday, July 10, 2009**, and serve a copy on Class Counsel and Defendants' counsel by **Friday, July 10, 2009** (postmark deadline);

8. Class Counsel shall file a declaration identifying the persons to whom notice was mailed who have not timely opted out of the class by **Wednesday, July 15, 2009**. Defendants shall file a report verifying the number of opt-outs by **Wednesday, July 15, 2009**.

9. The parties shall file an application for final approval of the Class Settlement Agreement by **Friday, July 31, 2009**;

10. Plaintiffs shall file an application for attorneys' fees and class representative incentive payments by **Friday, July 31, 2009**;

11. Class counsel and defendants shall file their response, if any, to any class member objections no later than **Monday, August 31, 2009**. Such responses shall be served on the objector and opposing party no later than **Monday, August 31, 2009**.

12. A hearing on final approval of the Class Settlement Agreement, at which Class Members may be heard, will be held on **Monday, September 14, 2009** at **10:00 a.m.** in Courtroom 780, located at Edward R. Roybal Building, 255 East Temple Street, Los Angeles, CA 90012. At that time, the court will also hear class counsel's motion for attorneys' fees and class representative incentive

4

payments.

**IT IS SO ORDERED.**

Dated: May 18, 2009

Hon. Margaret M. Morrow
United States District Court Judge