**THE WESTON FIRM**
GREGORY S. WESTON (239944)
888 Turquoise Street
San Diego, CA 92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553
greg@westonfirm.com

JACK FITZGERALD (257370)
2811 Sykes Court
Santa Clara, CA 95051
Telephone: (408) 459-0305
jack@westonfirm.com

*Counsel for Plaintiffs and*
*the Proposed Settlement Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMNON ROSEN, et al., <br><br> EVANGELINE RED, et al., <br><br>        Plaintiff, <br><br>   v. <br><br> UNILEVER UNITED STATES, INC., <br><br>        Defendant | Case No. C-09-02563 JW <br> Case No. C-10-00387 JW <br><br> **DECLARATION OF JACK FITZGERALD IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date: November 1, 2010 <br> Time: 9:00 a.m. <br> Location: 4th Floor, Courtroom 8 <br> Judge: Hon. James Ware |

I, Jack Fitzgerald, declare:

1. I am a member in good standing of the State Bars of California and New York and the United States District Courts for the Northern, Central and Southern Districts of California, the Southern and Eastern Districts of New York, and of the United States Court of Appeals for the Ninth Circuit. I make this Declaration in support of the accompanying Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the facts stated herein, and, if called on to do so, could and would testify competently thereto.

2. I am a graduate of Cornell University and New York University School of Law, where I was editor of the New York University Law Review.

3. I joined the The Weston Firm in February, 2010. Before then, I was associated with the law firms of Baker & Hostetler, LLP, in New York City and Mayer Brown LLP in Palo Alto. While at Mayer Brown, I defended the class action styled *In Re: Openwave Securities Systems, Inc. Securities Litigation*, No. 07-cv-1309 (S.D.N.Y.). While at both Baker & Hostetler and Mayer Brown, my practice was always focused on large-scale, complex litigation including, for example, representing plaintiffs asserting antitrust and false advertising claims against various telephone calling card manufacturers.

4. My representation of plaintiffs in class action lawsuits includes a class action involving allegations of an unlawful "bait and switch" scheme and another involving allegations of extortionate business practices by an business review website. I also represent consumers in cases challenging the labeling of packaged food products in seven other proposed class actions.

5. Based on my experience and knowledge of the issues raised in this action, I believe the proposed settlement is good for the putative class. Unilever is the largest maker of margarine in the United States, which itself is the largest source of trans fat in the American diet. As detailed in the Complaint, trans fat is extremely dangerous to consumers' health. The settlement benefits consumers because Unilever is obligated to remove this dangerous substance from many of its margarines while dedicating at least $500,000 to continuing researching and developing means of removing trans fat from Unilever's remaining "stick" margarines.

1

*Red et al. v. Unilever PLC et al.,* Case No. 3:10-cv-00387 JW
DECLARATION OF JACK FITZGERALD IN SUPPORT OF PRELIMINARY APPROVAL

1 | I declare under penalty of perjury under the laws of the State of California and the United
2 | States that the foregoing is true and correct.
3 |            Executed on October 18, 2010 in Santa Clara, California

          <u>/s/ Jack Fitzgerald   </u>
           Jack Fitzgerald

Submitted by,

/s/ Gregory S. Weston
Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
888 Turquoise Street
San Diego, CA 92109
Telephone: 858 488 1672
Facsimile: 480 247 4553

JACK FITZGERALD
2811 Sykes Court
Santa Clara, CA 95051
Telephone: (408) 459-0305

*Counsel for Plaintiffs and
the Proposed Settlement Class*

3

*Red et al. v. Unilever PLC et al.,* Case No. 3:10-cv-00387 JW
DECLARATION OF JACK FITZGERALD IN SUPPORT OF PRELIMINARY APPROVAL

**ECF ATTESTATION**

I, Janelle J. Sahouria, am the ECF User whose ID and password are being used to file the following: **DECLARATION OF JACK FITZGERALD IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**. In compliance with General Order 45, X.B., I hereby attest that Jack Fitzgerald has concurred in this filing.

Dated: October 18, 2010  JANELLE J. SAHOURIA
 **MORRISON & FOERSTER LLP**

 By: /s/ Janelle J. Sahouria
  JANELLE J. SAHOURIA

4

*Red et al. v. Unilever PLC et al.,* Case No. 3:10-cv-00387 JW
DECLARATION OF JACK FITZGERALD IN SUPPORT OF PRELIMINARY APPROVAL