# Exhibit B

**BECK & LEE BUSINESS TRIAL LAWYERS**
JARED H. BECK (233743)
ELIZABETH LEE BECK (233742)
Courthouse Plaza Building
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone:   305 789 0072
Facsimile:    786 664 3334
jared@beckandlee.com
elizabeth@beckandlee.com

Counsel for Plaintiffs and the Proposed Classes

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
11/12/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVANGELINE RED, JENNIFER RED, and RACHEL WHITT, on Behalf of Themselves and All Others Similarly Situated,<br><br>             Plaintiffs,<br><br>      v.<br><br>UNILEVER PLC and UNILEVER UNITED STATES, INC.,<br><br>             Defendants. | Case No: 5:10-cv-00387 JW (HRLx)<br><br>Pleading Type: Class Action<br><br>**[PROPOSED] ORDER GRANTING BECK & LEE'S ADMINISTRATIVE MOTION TO ENJOIN *THE WESTON FIRM P.C. V. BECK & LEE ET AL.*, NO. 10-cv-01694-W-CAB (S.D. Cal.)**<br><br>Judge: The Honorable James Ware |

---

*Red et al. v. Unilever PLC et al.*, Case No. 3:10-cv-00387 JW
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION

1  The Court, having considered Beck & Lee's Administrative Motion To Permit Elizabeth Lee Beck To Attend 11/15/10 Hearing By Telephone and the papers filed in its support, for good cause shown,

IT IS HEREBY ORDERED:

Elizabeth Lee Beck of the Beck & Lee firm may listen in ONLY on the hearing for the preliminary approval of class settlement, scheduled for November 15, 2010 at 9:00 AM. Co-Counsel shall appear in person to argue the motion.

Dated: November 12, 2010

_____
The Honorable James Ware
United States District Judge