**United States District Court**
For the Northern District of California

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7                    SAN JOSE DIVISION

8   Evangeline Red, et al.,                    NO. C 10-00387 JW

9              Plaintiffs,                      **ORDER SETTING HEARINGS ON**
                                                **PRELIMINARY APPROVAL FOR CLASS**
10    v.                                        **SETTLEMENT**

11  Unilever PLC, et al.,

12             Defendants.
                                     /
13

14        Presently before the Court is the Special Master's Report Number One.  (Docket Item No.

15  134.)

16        On November 16, 2010, the Court denied the parties' Joint Motion for Preliminary Approval

17  of Class Settlement.  (hereafter, "November 16 Order," Docket Item No. 132.)  In its November 16

18  Order, the Court expressed concern regarding, *inter alia*, the waiver of certain damages claims and

19  need for opt-out in a Federal Rule of Civil Procedure 23(b)(2) injunctive class where the proposed

20  class received no monetary relief.  (November 16 Order at 1.)  Accordingly, the Court referred the

21  parties to a Special Master to negotiate a revised settlement to address the Court's concerns.  (Id.)

22  On December 16, 2010, the Special Master filed Report Number One, in which the Special Master

23  outlined the terms of the parties' revised settlement and recommended setting new hearing dates.

24  (Docket Item No. 134 at 2.)

25        Accordingly, the Court finds good cause to set a new schedule for the approval of the parties'

26  revised settlement.  The parties shall comply with the following schedule:

27
28

(1) On or before **February 18, 2011**, the parties shall submit their revised Joint Motion for Preliminary Approval of Class Settlement and Proposed Order.

(2) The Court sets **March 7, 2011 at 9 a.m.** as the hearing date for the Preliminary Approval of Class Settlement.

(3) The Court sets **June 20, 2011 at 9 a.m.** as the hearing date for the Final Approval of Class Settlement.  In their Proposed Order for Preliminary Approval, the parties shall use this date as a bench mark for all other dates.

(4) On or before **June 6, 2011**, the parties shall submit their Motion for Final Approval of Class Settlement and any accompanying Motions for Attorney Fees, and Proposed Final Judgment.

None of the dates set in this Order may be changed without an Order of the Court made after a motion is filed pursuant to the Civil Local Rules of Court.

Dated: December 20, 2010

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

2

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Elizabeth Lee Beck elizabeth@beckandlee.com
     Gregory Steven Weston greg@westonfirm.com
3    Janelle Jad Sahouria jsahouria@mofo.com
     Jared Harrison Beck jared@beckandlee.com
4    John Joseph Fitzgerald jack@westonfirm.com
     Michael Robert Reese michael@reeserichman.com
5    William Lewis Stern wstern@mofo.com

6

7    **Dated: December 20, 2010**                    **Richard W. Wieking, Clerk**

8

9                                                    **By:_____/s/ JW Chambers_____**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California