IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Evangeline Red, et al., | NO. C 10-00387 JW |
| Plaintiffs, | **ORDER FOLLOWING HEARING FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| v. | |
| Unilever United States, Inc., | |
| Defendant. | |

On March 7, 2011, the Court conducted a hearing on the parties' Joint Motion for Preliminary Approval for Class Settlement. Counsel for the respective parties were present. In light of the discussions at the hearing, the Court ORDERS as follows:

(1) On or before **March 10, 2011**, the parties shall submit a revised Proposed Order for Preliminary Approval of Class Settlement and Class Notice with the following modifications:

    (a) On or before **December 30, 2011**, Defendant shall tender to Class Counsel for Plaintiffs a report indicating that Defendant has complied with the terms of the Class Settlement regarding the removal of partially hydrogenated vegetable oils ("PHVOs") from soft spread products manufactured by Defendant;

    (b) On or before **December 31, 2012**, Defendant shall tender to Class Counsel for Plaintiffs a report indicating that Defendant has complied with the terms of

1 the Class Settlement regarding the removal of PHVOs from stick products
2 manufactured by Defendant;

3     (c) The Proposed Class Notice shall clearly indicate that the Settlement consists
4 solely of required changes to Defendant's products, including the removal of
5 PHVOs from soft spread and stick products, and does not require Defendant
6 to expend a particular amount of money in making those modifications.

7 (2) The Court sets **June 20, 2011 at 9 a.m.** as a hearing date for Final Approval of Class
8 Settlement and for Plaintiffs' Application for Attorney Fees. The revised Proposed
9 Order shall include a schedule based on this date.

12 Dated: March 8, 2011

                                                   JAMES WARE
                                                   United States District Chief Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Elizabeth Lee Beck elizabeth@beckandlee.com
George C. Fisher georgecfisher@gmail.com
3  Gregory Steven Weston greg@westonfirm.com
Janelle Jad Sahouria jsahouria@mofo.com
4  Jared Harrison Beck jared@beckandlee.com
John Joseph Fitzgerald jack@westonfirm.com
5  Michael Robert Reese michael@reeserichman.com
William Lewis Stern wstern@mofo.com

**Dated:  March 8, 2011**                                  **Richard W. Wieking, Clerk**

                                                             **By:      /s/ JW Chambers**
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**