MICHAEL R. REESE (CA SBN 206773)
mreese@reeserichman.com
**REESE RICHMAN LLP**
875 Avenue of the Americas, 18th Floor
New York, New York, 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

GREGORY S. WESTON (CA SBN 239944)
greg@westonfirm.com
**THE WESTON FIRM**
888 Turquoise Street
San Diego, California 92109
Telephone: (858) 488-1672
Facsimile: (480) 247-4553

ELIZABETH BECK
**BECK & LEE BUSINESS TRIAL LAWYERS**
elizabeth@beckandlee.com
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone: (305) 789-0072
Facsimile: (786) 664-3333

*Court Appointed Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNON ROSEN, et al., / <br><br> EVANGELINE RED, et al. / <br><br> Plaintiff, <br> v. <br><br> UNILEVER UNITED STATES, INC., <br><br> Defendant. <br> / | Case No. C-09-02563 JW <br> Case No. C-10-00387 JW <br><br> **DECLARATION OF GREGORY S. WESTON IN SUPPORT OF PLAINTIFFS' MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ATTORNEYS FEES** <br><br> Date: June 20, 2011 <br> Time: 9:00 a.m. <br> Location: Courtroom of Hon. James Ware <br> United States District Courthouse <br> 450 Golden Gate Avenue <br> San Francisco, California 94102 |

DECLARATION OF GREGORY S. WESTON IN SUPPORT OF CLASS COUNSEL'S MOTION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS
Case Nos. C-09-02563 JW, C-10-00387 JW

I, Gregory S. Weston, declare:

1. The Weston Firm has received no compensation for its work in this action since we undertook the initial planning for the case in 2008. Based on our billing records, my estimate for the number of hours spent on this action for each timekeeper are as follows: Jack Fitzgerald, attorney, 368.1 hours; Gregory S. Weston, attorney, 545.9 hours; Xenia Tashlitsky, paralegal, 160.75 hours; Evan Lee, paralegal, 244 hours; Roz Sutton, paralegal, 86 hours; and Chris Tanimasa, paralegal, 50.25 hours. Attached hereto as Exhibit A is a spreadsheet summary of the timekeeper entries upon which these estimates are made.

2. My firm also incurred approximately $6344 in expenses relating to this action. This figure does not, however, include normal overhead and salary expenses from this period, even though this action constituted a majority of our work many months, as well as certain expenses such as working meals excluded by agreement with co-counsel. Attached hereto as Exhibit B is a list of expenses my firm incurred in this action.

3. In addition to advancement of cost, I have turned away other business opportunities to devote time to this action.

4. I was in regular communication with each of the three *Red* class representatives before the filing and during the pendency of this action. They each received regular updates about this action and read the major filings in the action. Each also took a day off of work to travel to San Jose without complaint in service to the goals of this action. The requested incentive award of $4500 for each class representative is in my experience in line with incentive awards typically sought and awarded in consumer class actions, and is fair and reasonable.

5. Based on my review of prevailing market rates, I believe a reasonable attorney fee for the services of myself and my partner Jack Fitzgerald is $500 per hour. For example, the Honorable Janis L. Sammartino granted final approval, on March 3, 2011, of an attorney fee

application utilizing a rate of $500 per hour for an attorney, Jully Pae, in a consumer class action with a level of experience similar to Mr. Fitzgerald and myself. See <u>Final Order</u>, Dkt. No 480, *Iorio et al. v. Allianz Life Ins. Co.*, No. 05-633 (S.D. Cal.), at p. 16.

      6.      Excluding any compensation for the substantial work performed by my paralegals, the total lodestar for the attorney work is, based on this rate, $457,000. Thus the fee request of my firm results in a lodestar of approximately 0.365, despite the contingent nature of the work.

Executed this 25th day of April, 2011 in San Diego, California.

                                    <u>/s/Gregory S. Weston</u>
                                    Gregory S. Weston

Dated: April 25, 2011									Respectfully Submitted,

/s/ Gregory S. Weston
THE WESTON FIRM
GREGORY S. WESTON
888 Turquoise Street
San Diego, CA 92109
Telephone:	858 488 1672
Facsimile:	480 247 4553