# EXHIBIT A

| DATE | TIME (In Hours) | DESCRIPTION |
|---|---|---|
| | | **JACK FITZGERALD** |
| 02/09/10 | 3.25 | Reviewed Judge Ware's rules concerning filing of chambers copies, filed chambers copies of Motion to relate, begin reviewing and revising Motion for Class Certification |
| 02/10/10 | 6 | Revised motion for class certification |
| 02/11/10 | 1 | Complete Draft certification brief and send to Mr. Weston for review |
| 02/12/10 | .25 | Draft and file notice of appearance |
| 03/14/10 | .25 | Phone call with Mr. Weston to discuss assignment on mediation brief |
| 03/15/10 | 1 | Review and revise mediation brief and draft section of brief concerning summary judgment |
| 03/16/10 | 1.5 | Phone call with co-counsel to discuss mediation strategy, review transcript of *Rosen* motion to dismiss hearing, emails with co-counsel concerning mediation |
| 03/17/10 | 1 | Prepare for mediation, including reviewing Defendant's mediation brief and gather necessary materials for mediation |
| 03/18/10 | 13 | Travel to, attend, and participate in mediation; Unilever team dinner with Mr. Weston, Mr. Beck, and Ms. Beck (and Reese for some time) |
| 03/21/10 | 9.25 | Draft Motion to Compel Initial Disclosures, Responses to Requests for Production, and Responses to Interrogatories, and circulate for review |
| 03/22/10 | 2 | Revise Motion to Compel Initial Disclosures, Responses to Requests for Production, and Responses to Interrogatories, and circulate for review |
| 03/23/10 | 2 | Call with Mr. Weston to discuss Motion to Compel; finalize Motion and file |
| 03/24/10 | 1.25 | Prepare Chambers Copy of Motion to Compel and deliver to courthouse; weekly status call discussions concerning case status and strategy |
| 03/30/10 | .25 | Call with Mr. Weston to discuss status and assignments. |
| 03/31/10 | 8.75 | Draft opposition to Unilever's administrative motion for discovery stay or expedited briefing schedule and circulate for review. |
| 04/01/10 | .75 | Draft Proposed Order Denying Unilever's Administrative Motion and Declaration of Greg Weston in Support, and circulate for review; follow-up email communications with Mr. Weston. |
| 04/02/10 | .75 | Send draft documents to Mr. Lee for revision and formatting. |
| 04/05/10 | 1.25 | Prepare and file opposition to Unilever's administrative motion; communications with Mr. Weston concerning the same. |
| 04/06/10 | 1.5 | Prepare and deliver Chambers Copy of opposition to administrative motion; review Unilever's opposition to Plaintiffs' Motion to Compel |
| 04/07/10 | .25 | Conference call with Mr. Weston, Mr. Beck and Ms. Lee Beck concerning case status and assignments |
| 04/11/10 | 3 | Begin drafting Reply in Support of Motion to Compel. |
| 04/12/10 | 3.5 | Complete draft Reply in Support of Motion to Compel and circulate for review; communications with ECF support concerning missing docket entry. |
| 04/14/10 | .25 | Conference call with Mr. Weston, Mr. Beck and Ms. Lee Beck concerning case status and assignments. |
| 04/21/10 | .25 | Conference call with Mr. Weston, Mr. Beck, and Ms. Lee Beck to discuss case status and assignments |
| 04/22/10 | .25 | Email communications with Mr. Weston, Mr. Beck and Ms. Lee concerning order by Judge Ware vacating CMC. |

| Date | Hours | Description |
|---|---|---|
| 05/03/10 | .5 | Review order dismissing *Rosen* action with prejudice and circulate to team with comment. |
| 05/04/10 | 1 | Emails with team concerning various issues raised in *Rosen* order. |
| 05/05/10 | .5 | Conference call with team discussing status, including settlement. |
| 05/13/10 | .75 | Call with Mr. Weston and Ms. Lee Beck concerning settlement negotiations |
| 05/19/10 | .5 | Communications with team concerning case status and assignments. |
| 05/26/10 | .5 | Communications with team concerning case status and assignments. |
| 06/02/10 | .5 | Communications with team concerning case status and assignments. |
| 06/09/10 | 1.25 | Call with Mr. Weston concerning case issues; conference call with team concerning case status and assignments; draft Notice of Lodging of Yumul and Mutual Pharm. |
| 06/10/10 | .75 | Finalize and file Notice of Lodging. |
| 06/11/10 | 1 | Deliver Chambers Copy of Notice of Lodging. |
| 06/14/10 | .25 | Draft Notice of Lodging of Von Koenig decision. |
| 06/15/10 | 2.5 | Finalize and file Notice of Lodging; deliver Chambers Copy to court; telephone call with Mr. Beck to discuss substance of upcoming hearing. |
| 06/18/10 | 2.75 | Review Unilever settlement offer; communications with team concerning the same. |
| 06/19/10 | 2 | Communications with team concerning settlement and negotiation strategy. |
| 06/20/10 | 6.25 | Retrieve Mr. Weston from airport; discussions, strategizing and negotiations concerning settlement, and related tasks |
| 06/21/10 | 4.5 | Attend Hearing |
| 06/23/10 | 1 | Set up Santa Clara IOLTA as required in settlement agreement. |
| 08/11/10 | 5 | Draft declaratory judgment complaint against Beck & Lee and Reese Richman relating to termination; communications with Mr. Weston relating to the same. |
| 08/12/10 | 12 | Various tasks relating to termination of co-counsel; work with Mr. Weston to draft letters on behalf of clients terminating; speak to clients to apprise of situation and seek authorization to terminate; further research relating to Rule 2-200; draft Notices of Termination on behalf of all clients; draft letters to opposing counsel apprising them of terminations |
| 08/13/10 | .25 | Revise Notice of Termination. |
| 08/15/10 | .75 | Review and revise letter to Becks concerning improper contact with Plaintiffs |
| 08/16/10 | 1.75 | File Notice of Termination; draft and file Proposed Orders; prepare and deliver chambers copies of the same. |
| 08/22/10 | 6.5 | Begin drafting Supplemental Brief Concerning Termination of Co-Counsel. |
| 08/23/10 | 7.75 | Continue drafting Supplemental Brief; communications with all counsel concerning proposed motion to continue hearing |
| 08/24/10 | 9 | Continue drafting Supplemental Brief; draft and file Administrative Motion for Continuance |
| 08/25/10 | 9 | Continue drafting Supplemental Brief and all supporting documents. |
| 08/26/10 | 14.5 | Continue drafting Supplemental Brief and all supporting documents. |
| 08/27/10 | 15.25 | Finalize Supplemental Brief and all supporting documents and file. |
| 08/30/10 | 9.25 | Prepare chambers copies of Supplemental Brief and all supporting documents and deliver to court; draft letter to Kalia Petmecky concerning privilege claim, including related research. |
| 08/31/10 | 1.25 | Meet and confer with Ms. Petmecky concerning Exhibit L to Supplemental Brief. |
| 09/01/10 | 2.5 | Prepare and file papers relating to corrected supplemental briefing documents and related administrative motion; telephone calls and emails with Kalia Petmecky related to the same. |
| 09/02/10 | 2.25 | Prepare and deliver Chambers Copies of corrected supplemental briefing documents and related administrative motion; draft |

| | | | |
|---|---|---|---|
| | | | letter to Kalia Petmecky; review client memo. |
| 09/03/10 | | .25 | Review client memo and send comments to Mr. Weston. |
| 09/04/10 | | .5 | Review revised client memo and send comments and revisions to Mr. Weston. |
| 09/06/10 | | .75 | Draft memorandum to Mr. Weston concerning thoughts on upcoming hearing. |
| 09/12/10 | | 3.5 | Prepare for hearing, including meeting with Plaintiffs and team |
| 09/13/10 | | 4.75 | Attend hearing. |
| 09/14/10 | | .5 | Call with Mr. Weston to discuss strategy and next steps. |
| 09/15/10 | | 9.75 | Begin drafting Petition for Writ of Mandamus. |
| 09/16/10 | | 12 | Continue drafting Petition for Writ of Mandamus. |
| 09/17/10 | | 2.25 | Continue drafting Petition for Writ of Mandamus; beginning sending drafts of Petition and supporting papers to Mr. Weston for review. |
| 09/18/10 | | 1.5 | Continue working on Petition for Writ of Mandamus. |
| 09/21/10 | | 8 | Begin drafting Motion for Leave to file Motion for Reconsideration, including all supporting documents. |
| 09/25/10 | | .5 | Review Beck Motion to Stay SDCA case. |
| 09/27/10 | | 7.25 | Continue working on Motion for leave to file Motion for Reconsideration; finalize and file. |
| 09/29/10 | | 3.25 | Draft opposition to Beck's Motion to Stay SDCA case; draft email response to Unilever to latest settlement offer. |
| 09/30/10 | | 2.5 | Revise opposition to Beck Motion to Stay and circulate for review; get together all supporting exhibits; assist Mr. Weston with revising and filing supplementary declaration in support of motion for leave to file motion for reconsideration. |
| 10/03/10 | | .25 | Review Judge Ware's Order denying motion for leave. |
| 10/04/10 | | 4.25 | Revise Petition for Writ of Mandamus in light of order denying motion for leave and latest relevant events. |
| 10/05/10 | | 5.75 | Continue working on Petition and supporting documents, and circulate to Mr. Weston for further review and revision |
| 10/06/10 | | 10.5 | Finalize all documents in support of Petition for Writ of Mandamus; have necessary documents printed and bound at Kinkos to be ready for filing following day; have Ms. Sutton serve motion on all parties via email |
| 10/07/10 | | 3.5 | Pick up documents from Kinkos and hand deliver to trial court and opposing counsel; file with Ninth Circuit Court of Appeals in San Francisco. |
| 10/08/10 | | .5 | Work with Ms. Sutton to draft and file Notice of Petition. |
| 10/11/10 | | 1 | Draft motion for stay; telephone call with Mr. Weston to discuss settlement. |
| 10/12/10 | | 2.25 | Telephone call with Reese Richman to dicuss settlement and attorney fee issue; file Motion for Stay; deliver various chambers copies to court. |
| 10/17/10 | | 1.5 | Draft and finalize Declaration in Support of Preliminary Injunction; revise draft Declaration of Jennifer Red and draft declarations of Evangeline Red and Rachel Whitt. |
| 10/21/10 | | .25 | Review Judge Ware's Order continuing hearing and draft email to Mr. Weston concerning the same. |
| 10/28/10 | | .25 | Email communications with Special Master and all counsel concerning mediation scheduling and related issues. |
| 11/01/10 | | .25 | Review and revise draft outline for brief to be submitted to special master; call with Mr. Weston concerning the same. |
| 11/02/10 | | 1 | Call with Michael Reese and Kim Richman to discuss fee dispute and possible settlement. |
| 11/08/10 | | .25 | Revise draft Objection to appointment of Beck & Lee as class counsel. |
| 11/09/10 | | .5 | Email and telephone communications with Michael Reese and others concerning attempts to stipulate to a resolution of attorney fee dispute. |
| 11/14/10 | | 1.5 | Prepare for hearing on motion for preliminary approval |

| Date | Hours | Description |
|---|---|---|
| 11/15/10 | 8 | Attend and participate in hearing on motion for preliminary approval; meet with Special Master Fisher and Michael Reese after hearing to discuss status and plan; begin drafting fee brief to Special Master; email and phone communications with Mr. Reese constituting further negotiations toward resolution of attorney fee dispute |
| 11/16/10 | 6.5 | Continue working on fee brief to Special Master |
| 11/23/10 | 3.5 | Continue working on fee brief to Special Master; telephone call with Michael Reese to discuss status of attorney dispute settlement negotiations and related issues |
| 11/24/10 | 1 | Participate in phone call concerning settlement with Special Master and counsel for all parties; telephone call with Mr. Weston to discuss status and division of work on fee brief. |
| 11/25/10 | 4 | Work on fee brief. |
| 11/26/10 | 8.25 | Complete fee brief and all supporting documents and send to Special Master ("Records of Hours" brief). |
| 11/27/10 | 2.75 | Meet with Special Master Fisher in person to discuss settlement and attorney fee dispute. |
| 11/29/10 | 1.75 | Call with Special Master Fisher; follow-up call with Mr. Weston; research relating to Rule 2-200. |
| 11/30/10 | 1.75 | Begin drafting "Body of Work" brief to Special Master. |
| 12/1/10 | 6.5 | Continue drafting "body of Work" brief to Special master. |
| 12/2/10 | 4.25 | Finish drafting "body of work" brief and send to Special Master. |
| 12/2/10 | .25 | Calls with Mr. Weston |
| 12/3/10 | 6.75 | Begin drafting Reply fee brief; settlement call with Special Master Fisher. |
| 12/3/10 | .25 | Call with Mr. Weston |
| 12/4/10 | .25 | Call with Mr. Weston |
| 12/5/10 | 1.75 | Call with Mr. Weston regarding Rule 1-500 and how it affects settlement; draft letter to Special Master Fisher regarding the same. |
| 12/6/10 | 4 | Continue working on Reply fee brief. |
| 12/7/10 | 7.5 | Complete Reply fee brief and send to Special Master Fisher. |
| 12/8/10 | .1 | Call with Mr. Weston regarding Unilever's offer |
| 12/9/10 | .75 | Settlement call with Special Master; draft email to Special Master concerning Kraft and Quaker cases. |
| 12/10/10 | 1 | Call with Special master. |
| 12/10/10 | .4 | Call with Mr. Weston regarding settlement |
| 12/12/10 | 1 | Work on "hours analysis" document in preparation for attorney fee dispute mediation with special master. |
| 12/13/10 | 12.75 | Prepare for, travel to, participate in, and return from mediation with special master fisher. |
| 12/14/10 | .8 | Call with Mr. Weston regarding settlement |
| 2/9/11 | .25 | Call with Mr. Weston regarding breaking up review of filing; email regarding the same. |
| 2/10/11 | .75 | Revise draft settlement documents and circulate with comments. |
| 2/11/11 | .5 | Call with Mr. Weston concerning position on settlement provision; revise Weston Declaration in support of motion for preliminary settlement. |
| 3/6/11 | 1 | Prepare for hearing on motion for preliminary approval |
| 3/7/11 | 2.75 | Attend preliminary approval hearing. |
| 3/8/11 | .2 | Review revised notice and related documents and circulate comments. |
| 3/9/11 | .1 | Final review of documents before filing. |

| | | | GREGORY S. WESTON |
|---|---|---|---|
| Oct 08 | | * | Review and saving from Lexis articles relating to trans fat and food litigation |
| Oct 08 | | * | Taking pictures in grocery stores of Unilever margarines to preserve evidence of the labels |
| Oct 08 | | * | Making a list of attorneys who have represented plaintiffs in food labeling cases |
| May/June 09 | | * | Legal research and preparation of case summaries of cases concerning dealing with UCL statute of limitations and preemption of state actions over food labels |
| May/June 09 | | * | Review of dockets of federal class actions over food labeling, downloading and reviewing documents |
| May/June 09 | | * | Reviewing medical journal articles relating to trans fat and cancer |
| May/June 09 | | * | Review of law review article on trans fat regulation and several sources cited by the article |
| May/June 09 | | * | Constructing a chart of cases involving motions to dismiss claims under California's false advertising law |
| May/June 09 | | * | Constructing a chart of cases involving motions for class certification under California's false advertising law |
| May/June 09 | | * | Constructing a chart of cases involving claims for breach of implied warranty |
| May/June 09 | | * | Drafting initial class action complaint |
| May/June 09 | | * | Taking additional photographs of the labels of all unilever margarines |
| May/June 09 | | * | Filing a Freedom of Information Act request to the FDA relating to Unilever margarines |
| May/June 09 | | * | Preparation of motion for class certification, declarations, and a proposed order |
| Aug 09 | | * | Additional revisions to complaint and research |
| Aug 09 | | * | Client interviews and communications |
| Aug 09 | | * | Preparation of CLRA pre-filing demand letter |
| Sept 09 | | * | Complaint edits, taking and editing additional product photos, client calls, preparation of retention agreements |
| | | 100 | *Estimate of work from October 2008-September 27, 2009 |
| 9/28/09 | | 2 | Client Communications, research of similar cases |
| 9/30/09 | | 1 | Spoke with clients, edited representation agreements |
| 10/1/09 | | 1 | Class cert motion, client emails |
| 10/5/09 | | 1.5 | Class Cert Motion |
| 10/6/09 | | 2 | Cert motion |
| 10/7/09 | | .75 | Class cert motion |
| 10/12/09 | | 1.5 | Case Planning w/ Co-Counsel |
| 10/20/09 | | .5 | Conversation with Client |
| 10/21/09 | | 6.5 | Complaint and related case research, conversation with co-counsel |
| 10/22/09 | | 1 | Edited Complaint, added Lanham Act, Searched for similar cases involving Lanham Act on PACER |
| 10/23/09 | | 5.75 | Proofreading Complaint, new section, reviewing Studies |
| 10/26/09 | | 5.75 | Complaint review, calculating dilution percentages in products, adjusting product photographs, editing complaint, reviewing suggested edits from co-counsel |
| 10/26/09 | | 2 | New product photographs |
| 10/27/09 | | 7 | Edited, drafted, and finalized complaint |
| 10/28/09 | | .25 | Filing complaint |

| Date | Hours | Description |
|---|---|---|
| 10/29/09 | 1 | Arranging for service of complaint, preparation of summons |
| 10/30/09 | 1.25 | Conversations with clients/potential clients, related case research |
| 10/30/09 | 6 | Lanham act research |
| 11/1/09 | 1.5 | Discussion of standing issues with co-counsel and paralegal |
| 11/1/09 | .5 | Class cert motion |
| 11/2/09 | 7.25 | Research on Lanham Act Standing, |
| 11/2/09 | 1 | Mtn Class Cert |
| 11/9/09 | .25 | Call with client |
| 11/12/09 | .75 | Contact with potential clients |
| 11/16/09 | 1.75 | Conversation with Opposing Counsel regarding class certification, stipulation, and extension of time to answer; reviewing proposed stipulation |
| 11/17/09 | .75 | Emails and call with co-counsel |
| 11/17/09 | 1.5 | Preparing for opposition for motion to dismiss, planning case strategy, reviewing related case complaint |
| 11/17/09 | .5 | Conversation with opposing counsel |
| 11/18/09 | 1.5 | Conversation with opposing counsel, convo w/ co-counsel, |
| 11/18/19 | .5 | Case planning |
| 11/19/09 | 4.5 | Ex Parte Response, Research, Reviewing Defendant's Motion, drafting letter to opposing Counsel, meeting about OMD, reviewing research performed on OMD |
| 11/20/09 | 1 | Prepped Courtesy Copy for Judge Morrow, Ex Parte Motion |
| 11/24/09 | 1.25 | Reading Correspondence, Researching Possible added defendants and process for adding defendants |
| 11/25/09 | 1.5 | Conversation with co-counsel |
| 12/3/09 | .25 | Discussed Case Strategy with paralegal |
| 12/7/09 | .75 | Research, call with co-counsel |
| 12/10/09 | .25 | Case Planning |
| 12/14/09 | 3.5 | Oppo to motion to stay |
| 12/18/09 | .75 | Arranging international service, research on waiver of service, case planning |
| 12/23/09 | 3 | Oppo to mtn to stay |
| 12/28/09 | 5.25 | Motion to Stay, Conversation with Co Counsel |
| 12/29/09 | 2 | MTD |
| 12/30/09 | 2.5 | Mtn to Dismiss |
| 12/31/09 | 1.25 | Discussion with co-counsel, OMD |
| 1/4/09 | 2 | OMD |
| 1/5/09 | 5 | MTD |
| 1/7/09 | 14 | OMD, OMS, Evidentiary Objection, Call with Co-Counsel |
| 1/12/10 | 1.5 | Discovery preparation |
| 1/14/10 | 2 | Discovery research, preparation for 26f conference |
| 1/15/10 | 4 | Rule 26f conference, Discovery Research |
| 1/18/10 | 1.25 | Discovery Planning and Initial Disclosures |
| 1/19/10 | 2 | Discovery Planning |

| Date | Hours | Description |
|---|---|---|
| 1/25/10 | 2.75 | Conversation with co counsel, stipulations and discovery requests, preparation for MTD hearing |
| 1/26/10 | 1 | Discovery |
| 1/26/10 | 1.25 | Read Order on Transfer and spoke with co-counsel |
| 1/28/10 | .5 | Discovery Discussion w/ co-counsel, emails |
| 1/29/10 | 2 | Discovery, edits, call with counsel, motion to relate case |
| 2/2/10 | 1 | Discovery |
| 2/2/10 | .25 | Conversation with *Rosen* counsel |
| 2/2/10 | .5 | Motion to Relate |
| 2/2/10 | .75 | Case Strategy, Confer with co-counsel |
| 2/3/10 | 2.5 | Reviewing case reassignment order, discussing with co-counsel, discussing case strategy with co-counsel, reviewing claims in related case |
| 2/5/10 | 3.25 | Motion to Relate, Declaration, Proposed Order |
| 2/8/10 | 1 | Mtn to Relate, Reviewed, Prepared Declaration |
| 2/9/10 | .5 | Interrogatories, Case Planning |
| 2/10/10 | 2.25 | Case Strategy, Negotiation with Co-Counsel and related action counsel |
| 2/11/10 | 1.25 | Meet and confer over discovery, discovery planning and strategy, joint prosecution agreement negotiation |
| 2/12/10 | 1 | Reading Rosen reply in support of motion to dismiss and motion to strike |
| 2/18/10 | 2.25 | Conferring with co-counsel on mediation brief and settlement strategy, discussing joint prosecution agreement with co-counsel and counsel for related case, scheduling and preparation for mediation, calls with co-counsel |
| 2/19/10 | .25 | Joint prosecution agreement |
| 2/22/10 | .5 | Reviewed schedule, reviewed case management statement |
| 2/23/10 | 2.25 | Discussed case with co-counsel, forwarded documents, sent emails, case management statement |
| 2/26/10 | .5 | Discussing case management statement |
| 3/2/10 | .75 | Case Planning |
| 3/3/10 | 1 | Client Contact, Discussed case with co-counsel, planning mediation, reading filing, adding to files |
| 3/4/10 | 1.25 | Negotiations with co-counsel, joint prosecution of case |
| 3/8/10 | .75 | Plan Mediation Conference |
| 3/9/10 | 1.5 | Correspondence re: service of Unilever PLC, book and plan mediation trip, review and sign ADR |
| 3/11/10 | 3 | Mediation Statement |
| 3/11/10 | .25 | Created form for clients |
| 3/11/10 | .25 | Review meet and confer letter |
| 3/12/10 | 1.75 | Evaluation of settlement proposal |
| 3/14/10 | 3.75 | Mediation Statement |
| 3/15/10 | 1.5 | Mediation Statement |
| 3/15/10 | .5 | Planning for mediation |
| 3/16/10 | 4.5 | Draft proposed settlement agreement, preparation for mediation, conference with co-counsel, |
| 3/17/10 | 6.5 | Preparation for Mediation, Travel to San Francisco for same |
| 3/17/10 | .75 | Class Cert Motion |
| 3/18/10 | 8 | Mediation |

| Date | Hours | Description |
|---|---|---|
| 3/19/10 | 3.5 | Return from Mediation, Discovery work |
| 3/21/10 | 1.25 | Reviewing draft, motion to compel, suggesting changes to co-counsel |
| 3/22/10 | 2 | Motion to compel |
| 3/23/10 | .25 | Conference call with co-counsel |
| 3/24/10 | .25 | Research new jersey law |
| 3/30/10 | .5 | Call on Discovery with opposing counsel and co-counsel, meet and confer email with opposing counsel |
| 3/31/10 | 1 | Reading Discovery Stay Motion and ex parte motion and planning opposition with co-counsel |
| 4/1/10 | .5 | Call with co-counsel reviewing draft to ex parte motion |
| 4/5/10 | .5 | Final review of opposition to def's admin motion |
| 4/7/10 | .25 | Conference Call with Co-Counsel |
| 4/14/10 | 2 | Calls with Michael Reese and Elizabeth Beck, 26f report, discussion of motion to compel |
| 4/15/10 | 1.75 | CMC 26 Statement, case strategy call with co-counsel, status report edits |
| 4/16/10 | .75 | 26F Report, making final changes and filing |
| 4/19/10 | .25 | Preparation for scheduling conference and motion to compel |
| 4/22/10 | .25 | Cancelled flight due to vacated CMC |
| 5/4/10 | 2.5 | Reviewing MTD order in related case, planning for oral arguments incl 1 hour call with JB and ELB |
| 5/5/10 | .5 | Discussing case on conference call with co-counsel |
| 5/13/10 | .5 | 30 min call with Elizabeth Beck and Jack Fitzgerald regarding unilever settlement |
| 5/19/10 | .25 | Call with Client Jennifer Red |
| 5/19/10 | .75 | Call with co-counsel regarding settlement and case strategy |
| 5/26/10 | .75 | Discussed settlement and MTD hearing |
| 5/27/10 | .5 | Emails and call with Jared and Elizabeth Beck regarding settlement and related cases |
| 5/31/10 | 1 | Call with ELB and Michael Reese, 30 min call with ELB and JHB, |
| 5/31/10 | .25 | Call with Jack and reading emails |
| 6/9/10 | .75 | Notice of Lodgment |
| 6/9/10 | .75 | Discussing settlement with co-counsel via email and phone |
| 6/12/10 | .5 | Discussing settlement proposal via email |
| 6/14/10 | 1.75 | Notice of additional authority, revisions and additional research |
| 6/15/10 | .5 | Travel planning and booking |
| 6/16/10 | .25 | Discussing upcoming hearing with JB ELB and JF |
| 6/17/10 | .25 | Revising settlement offer |
| 6/18/10 | 3.5 | Discuss settlement, research on cost of class notice, Read settlement proposal and draft counteroffer, discussed with ELB 45 and JF 30 |
| 6/20/10 | 2.75 | Travel to San Jose |
| 6/20/10 | 2.5 | Preparation for Unilever hearing and settlement negotiations |
| 6/21/10 | 2.25 | Return to San Diego |
| 6/22/10 | .5 | Discussion of settlement via email and telephone |
| 6/22/10 | .25 | Call with Plaintiffs |
| 7/18/10 | .25 | Discussion of Unilever settlement status with Elizabeth Beck |

| Date | Hours | Description |
|---|---|---|
| 7/21/10 | 1.75 | Review settlement, related docs |
| 8/5/10 | .75 | Reviewing correspondence from Michael Reese and edits to settlement documents |
| 8/9/10 | 1.5 | Reviewing edits made by co-counsel to settlement, reviewing correspondence regarding settlement with opposing counsel and co-counsel, call with Jack Fitzgerald RE same |
| 8/10/10 | .25 | Emails RE settlement |
| 8/11/10 | 3.25 | Research on disclosure and authorization of fee sharing agreements, reviewing correspondence and finding copies of all JV agreements |
| 8/12/10 | 1 | call with opposing counsel RE termination of Beck Firm Research on Rule of Prof'l responsibility 2 200, sending termination letters, contacting clients, call with process server |
| 8/13/10 | 4.5 | Notice of Termination, 1.25 calls with Jack and reading letter from Jared Beck, calls emails and faxes to process servers for Beck matter, research and email to Jack Fitzgerald re fee sharing agreements |
| 8/15/10 | 1.25 | Calls with Jack Fitzgerald Re settlement |
| 8/16/10 | 1.5 | Calls and emails with Jack Fitzgerald re dealing with terminated co-counsel, reviewing proposed settlement documents |
| 8/16/10 | .75 | Call with Janalle S. and Will Stern regarding settlement |
| 8/17/10 | 1 | Call with Jack Fitzgerald regarding possible settlement, reviewing Beck filings |
| 8/17/10 | .5 | Calls with opposing counsel, call with Jack Fitzgerald regarding content of the same |
| 8/19/10 | 5.25 | Calls with opposing counsel and Jack Fitzgerald, revising settlement proposal and transmitting to defendant, revising motion for preliminary approval of settlement, factual research RE Imperial Margarine and I Can't Believe It's Not Butter Sticks |
| 8/20/10 | 1.5 | Meet and confer with Elizabeth Beck, typing out transcript of call, discussing call with Jack Fitzgerald, writing Xenia an email warning her about Becks, reading Judge's order, discussing with Jack Fitzgerald |
| 8/21/10 | .75 | Drafting declaration of Ron Marron, reviewing previous communications on file, sending to Jack Fitzgerald, emailing proposed declaration to Mr. Marron |
| 8/22/10 | .25 | Correspondence with Clients |
| 8/23/10 | 1.25 | Calls to clients, call with Jack Fitzgerald, instructions to paralegal |
| 8/24/10 | 3 | Reviewing Jack's draft of Unilever response, answering his questions, assigning task to paralegal, call with JF, reading our scheduling motion, short call with Jack before filing re its content, reading client's email, working with paralegal to review docket in other Beck & Lee cases, reading sanctions motion filed against Jared Beck |
| 8/25/10 | 3.75 | Multiple calls with clients, multiple calls with Jack Fitzgerald, arranging for travel to San Jose, call with Will Stern, reading Judge's scheduling order, reading draft response on termination of Becks |
| 8/26/10 | 10.5 | Supplemental Brief, correspondence with client RE travel arrangements to San Jose, reviewing affidavits, call with Evan Lee, multiple calls with Jack Fitzgerald |
| 8/27/10 | 12.75 | Supplemental brief |
| 8/30/10 | .25 | Email to Evan Lee RE deposition notice |
| 8/31/10 | 1 | Making arrangements for September 15 hearing |
| 9/1/10 | .25 | Reviewing Jack's work, sending letters |
| 9/2/10 | 2.5 | Preparation for hearing and clients' travel arrangements |
| 9/3/10 | 2.5 | Researching and writing memo and binder of case docs for clients, reviewing Judge Ware's order removing documents from docket, reading defendant's motion to continue settlement hearing, |
| 9/4/10 | 2.25 | Writing client memo and timeline of case, editing binder table of contents and adding to binder, obtaining client addresses |

| Date | Hours | Description |
|---|---|---|
| | | and date of birth, sending binders and memo via fed ex |
| 9/5/10 | 1 | Preparation for hearing, booking E. Red, J. Red, and R. Whitt's flights |
| 9/6/10 | 1.5 | Organizing file and documents in preparation for hearing |
| 9/7/10 | 2 | Preparation for hearing and call with Davina RE hearing |
| 9/8/10 | .75 | Preparation for hearing |
| 9/10/10 | 5.5 | Preparation for Hearing; correspondence with potential expert and research |
| 9/11/10 | 13.5 | Preparation for hearing |
| 9/12/10 | 9.5 | Travel to and preparation for hearing |
| 9/13/10 | 9.5 | Preparation for hearing, attendance at hearing, return travel |
| 9/14/10 | 3 | Reading The Daily Journal Article; Short Emails with reporter; reimbursing clients and other attorneys; Short call with Jack re: transcript, reading Judge Ware's order, discussing with Jack; reviewing 9th circuit appeal rules, admission requirements and standards for writ of mandate |
| 9/15/10 | 2.25 | Calls with Jack, reviewing standards and rules for motion for reconsideration, discussing writ petition and possible TRO with Jack, reviewing and writing checks for reimbursement of travel expenses to clients and attorneys, reviewing special master emails and biography and affidavit, discussing scheduling of first call with special master with Jack, reimbursing Evan Lee for payment to notary, reviewing transcript and assigning paralegal task of calculating relative time spent speaking in hearing |
| 9/17/10 | 3.5 | Writ of mandate, research on reassignment issue |
| 9/18/10 | 3.25 | Writ of mandate, discussing motion for reconsideration with Jack Fitzgerald |
| 9/20/10 | .75 | Emails regarding settlement, sending client reimbursement for travel expenses |
| 9/21/10 | 1.5 | Preparing declarations for motion for reconsideration, calls with Jack regarding settlement |
| 9/22/10 | 1 | Motion for reconsideration; call with Michael Reese |
| 9/24/10 | .75 | Reading notice email from Beck firm; call with Jack; Lexis research on all Writs Act |
| 9/27/10 | 1.25 | Motion for reconsideration, opposition to writ |
| 9/29/10 | .25 | Reading emails re settlement |
| 9/30/10 | 6.25 | Supplemental Declaration, emails to clients, opposition to motion for stay – review, proofreading and filing of opposition to writ and production of courtesy copy, correspondence with Michael Reese |
| 10/1/10 | .75 | Calls with clients updating them on case status and settlement negotiations, reading Judge Ware's order re outstanding issues, discussing with Jack this issue and appeal |
| 10/4/10 | 1.25 | Call with Special Master, calls with Jack re appeal |
| 10/5/10 | 4 | Emails with opposing counsel, calls with Jack, edits to appeal brief |
| 10/6/10 | 6 | Appeal, conference call with Special Master, call with Jack |
| 10/8/10 | 2.75 | Notice of petition, preparing notice of lodgment of new authority, research on filing procedures, call to clerk re e-filing v. paper filing |
| 10/11/10 | 1 | Calls and emails with Jack and Michael Reese, emailing documents to special master |
| 10/12/10 | 2.75 | Settlement call with Michael Reese and second call with Jack, 9th circuit supp brief, motion to stay |
| 10/13/10 | 1 | Conference call with special master; conference call with Mike Reese and Kim Richman; call with Jack |
| 10/15/10 | 1.5 | Reading Judge's Orders, Reviewing settlement, emails, call with Jack |
| 10/16/10 | 2 | Reviewing settlement documents, preparation of declaration in support, email to Jack |

| | | |
|---|---|---|
| 10/17/10 | 2.5 | Calls with clients, emails to clients, revisions to settlement documents, preparation of declaration |
| 10/18/10 | 2.75 | Settlement, final edits to settlement documents and calls with opposing counsel |
| 10/19/10 | .25 | Communications with clients |
| 10/21/10 | .5 | Reading Judge's Order, communications re settlement |
| 10/22/10 | .25 | Research and writing check to clerk for appeal fee; reading emails regarding settlement |
| 10/24/10 | .25 | Discussing with Jack potential notice of change in circumstances for Ninth Circuit petition |
| 10/25/10 | 1 | Call with special master; call with Michael Reese and Kim Richman, call with Jack |
| 10/28/10 | .5 | Discussing Special Master proceedings with Jack |
| 10/29/10 | 1.25 | Emails to Special Master List, discussing position brief with Jack, proposals for stipulations |
| 10/31/10 | 3 | Special master brief, discussing settlement with Jack, research on FedEx line of cases, reading orders from PACER |
| 11/1/10 | .75 | Discussing brief with Jack, reviewing emails, assigning paralegal research task |
| 11/2/10 | 1 | Long call with Reese, call with Jack re stipulation, |
| 11/2/10 | .5 | Reviewing Unilever's changes to Settlement documents |
| 11/5/10 | .75 | Review of settlement documents |
| 11/8/10 | .5 | Drafting objection to Beck and Lee appointment; discussing case with Jack; signing and forwarding approval mtd to opposing counsel |
| 11/9/10 | .5 | Call with Reese and call with Jack |
| 11/12 | .5 | Discussing preliminary approval hearing with Jack |
| 11/14/10 | .25 | Discussing hearing with Jack |
| 11/15/10 | .75 | Discussing case and hearing with Jack |
| 11/16/10 | 5 | Brief to special master and supporting documents, reading Judge Ware's order RE preliminary approval |
| 11/17/10 | .5 | Emails with Michael Reese |
| 11/19/10 | .25 | Negotiations and emails over settlement |
| 11/23/10 | 3 | Fee brief, calls with Michael Reese and Jack |
| 11/24/10 | 3.75 | Brief to special master, discussing settlement options with Jack |
| 11/26/10 | 5 | Brief to Special Master |
| 11/29/10 | 1.75 | Calls regarding settlement and attorneys fees with Jack and other attorneys and special master, forwarding retainer agreement to other attorneys, looking for old email |
| 12/2/10 | 1.75 | Fee brief, reviewing other firms' fee briefs, calls with Jack, correspondence RE conference call |
| 12/3/10 | 2.5 | Call with special master; emails regarding settlement; call with JF; research on rule of professional responsibility 1-500; |
| 12/3/10 | 1.5 | Call with JF regarding reply brief; outline of brief; reviewing beck and lee and coverting pdf to excel file using ocr software |
| 12/4/10 | .25 | Discussing settlement with Jack |
| 12/5/10 | 2.25 | Revisions to letter to special master; drafting settlement counter proposals; calls with special master and Jack RE settlement |
| 12/6/10 | .25 | Discussing settlement issues with Michael Reese via email, attempt to call Reese |
| 12/6/10 | 2 | Reply brief for special master |
| 12/7/10 | .4 | Conference call with special master and related emails, call with Jack |
| 12/7/10 | 3.9 | Special Master Reply Brief |
| 12/8/10 | 1 | Reviewing other firms reply briefs and emails from special master and opposing counsel re settlement; call with JF re |

| | | |
|---|---|---|
| | | Unilever's offer; writing check to special master |
| 12/9/10 | .9 | Call with Special Master RE settlement; call with Jack RE settlement; making travel arrangements for Monday meeting; emails setting up next call |
| 12/10/10 | .9 | Call with special master regarding fee issue (.7), call with special master regarding settlement issues (.2), fedexing check to special master |
| 12/10/10 | .4 | Call with Jack regarding settlement |
| 12/12/10 | .2 | Reading JF's document, emails |
| 12/13/10 | .7 | Reviewing records of activity in 2009; research regarding paralegal billing rates for special master hearing; |
| 12/13/10 | 1.6 | Multiple calls with Jack during and after mediation hearing, |
| 12/14/10 | .8 | Call with Jack regarding settlement, reading and responding to emails regarding settlement |
| 12/15/10 | .4 | Reviewing and signing off on Special Master's report, discussing settlement issues for approval of settlement |
| 12/16/10 | .1 | Reading Special Master's report |
| 12/27/10 | .1 | Review of special master invoice |
| 2/7/11 | .1 | Reading settlement emails |
| 2/9/11 | .1 | Call and email with Jack |
| 2/11/11 | 1 | Edits to preliminary approval motions, settlement and supporting documents, calls with Jack RE preliminary approval (.3) |
| 2/14/11 | .1 | Emails re settlement |
| 2/15/11 | .2 | Reviewing MR's edits and email |
| 2/16/11 | 1.6 | Final review of settlement documents and co-counsel's edits thereto; emails to clients re settlement; signing and sending signature pages to opposing counsel |
| 2/18/11 | .2 | Proofreading and signing declaration, emailing to Janelle |
| 3/8/11 | .3 | Review of revised settlement documents |
| 3/9/11 | .2 | Reviewing settlement documents |
| 3/20/11 | .2 | Reviewing proposed class notice; emails with opposing counsel |
| 3/22/11 | .2 | Reviewing settlement notice and website; email to opposing counsel |
| 3/24/11 | .1 | Emails and reviewing proposed changes to settlement notice |
| 4/4/11 | .1 | Reading USA Today version of class notice |
| 4/7/11 | .2 | Call with Jack; Correspondence with co-lead counsel |
| 4/7/11 | .1 | Reviewing second notice in USA Today and email from opposing counsel |
| 4/9/11 | .1 | Research on required withholding of fee award |
| 4/19/11 | .1 | Emails with Mike Reese |
| 4/21/11 | .1 | Reading email from co-counsel |
| | | **XENIA TASHLITSKY** |
| 10/7/08 | 2 | research on California cases |
| 10/10/08 | 5 | Researched Prop 65 and trans fat cases for causes of action and reasons for dismissal; |
| 10/13/08 | 6.5 | Complaint |
| 10/17/08 | 5 | complaint |
| 10/20/08 | 6 | Complaint |

| Date | Hours | Description |
|---|---|---|
| 10/21/08 | 6.25 | Researched counsel contacts; complaint |
| 10/22/08 | 6.25 | Summarized medical journal articles |
| 10/23/08 | 1 | complaint |
| 10/24/08 | 2 | complaint |
| 10/27/08 | 2 | Ralphs and Vons for photos of products |
| 10/31/08 | 3.5 | Photographed products; complaint |
| 11/3/08 | 2 | Complaint |
| 11/5/08 | 2 | Complaint |
| 5/25/09 | 6 | Summarized medical journal articles, research on "discovery rule" application to UCL actions |
| 5/26/09 | 6 | Research on preemption |
| 5/28/09 | 7.5 | Split complaint into margarine case and pizza case; researched the connection between trans fat and certain cancers |
| 5/29/09 | 5 | Class cert mtn |
| 6/2/09 | 2.5 | Edited certification motion |
| 6/3/09 | 8 | Added claims section to certification motion |
| 6/4/09 | 8 | Class certification motion; class certification chart |
| 6/5/09 | 8.75 | Class certification motion; class certification chart |
| 6/8/09 | 8 | Added older cases to class certification chart and dismissal motion chart; created a proposed order granting class certification; returned library books |
| 6/9/09 | 8 | Added to class certification chart and dismissal motion chart; researched the issue of implied warranty claims in California |
| 6/10/09 | 2 | CLRA notice letter |
| 6/11/09 | 8 | CLRA letter, margarine chart |
| 6/12/09 | 6.75 | Unilever letter, complaint, and class certification motion; |
| 6/16/09 | 8 | Field trip to Ralphs and Vons for margarine photos; Unilever complaint with Edith's additions |
| 6/17/09 | 4.5 | Unilever complaint with Edith's additions |
| 6/18/09 | 7.25 | Unilever complaint with Edith's additions and Internet pictures |
| 6/22/09 | 5.75 | Added "cholesterol" section, expanded "banned" section, and proofread new parts of complaint |
| 6/23/09 | 1 | Organized trans fat files |
| 6/14/09 | .25 | Retention agreement |
| | | **EVAN LEE** |
| 9/29/09 | .5 | Created Retainers |
| 9/30/09 | 1 | Correspondence with clients, edited retention agreements |
| 10/1/09 | 1.5 | Compiled Retention Agreements, viewed documents, sent emails, researched via internet |
| 10/1/09 | 3 | Class Cert Motion |
| 10/2/09 | 2.5 | Edited complaint, worked on class cert motion, researched product labeling |
| 10/5/09 | 1 | Class cert motion |
| 10/6/09 | 6 | Class cert motion |
| 10/21/09 | 5 | Worked on Complaint |
| 10/22/09 | 2.5 | Complaint |
| 10/23/09 | 3 | Complaint, |

| Date | Hours | Description |
|---|---|---|
| 10/23/09 | 3 | Researched medical journals |
| 10/26/09 | 10.5 | Complaint |
| 10/27/09 | 7 | took photos of labels. Edited complaint, prepared civil case sheet, finalized complaint |
| 10/28/09 | 7 | Travel to Los Angeles to file complaint |
| 10/29/09 | 6.75 | Class Cert Motion, Worked on filing/serving summons, conversation with process server, drafted and mailed letters to Unilever U.S. and Unilever PLC |
| 10/30/09 | 7.25 | Class Cert Mtn – drafting, editing, revising, citing |
| 10/30/09 | .75 | Mailed summons to Unilever PLC |
| 11/2/09 | 8 | Mtn for Class Cert, etc |
| 11/3/09 | 5 | Cert motion motion |
| 11/4/09 | .5 | meeting with potential client |
| 11/17/09 | 1.25 | Case management/planning, read through class cert and related case complaint |
| 11/18/09 | .5 | Case Research |
| 11/19/09 | 9 | OMD – research. Read and notated opposing counsel's 12b6 motion, drafted letter to opposing counsel |
| 11/20/09 | 1.25 | Prepped Filings – Ex Parte Motion, FedExing copies to Judge |
| 11/24/09 | 1 | Researching Potential Added Defendants |
| 12/3/09 | 2 | Researched 26(f) conference rules, read through defendants' motions |
| 12/7/09 | 1.5 | MTD research |
| 12/8/09 | 2 | Researched Rule 11 |
| 12/10/09 | 2.25 | Research on MTD |
| 12/14/09 | 3.75 | Related case research, motion to stay research, LEXIS searches for authorities |
| 12/15/09 | 3 | Case Research |
| 12/18/09 | 1.5 | Edited Declaration |
| 12/28/09 | 4 | Oppo to Mtn to Dismiss |
| 12/29/09 | 3 | Opposition to Motion to Stay |
| 12/30/09 | 7.5 | Opposition to motion to dismiss |
| 12/31/09 | 10 | Opposition to motion to dismiss |
| 1/1/10 | 7.25 | OMD |
| 1/4/10 | 5 | OMD |
| 1/5/10 | 7.25 | OMD |
| 1/6/10 | 9 | OMD, OMS |
| 1/7/10 | 11 | OMD OMS |
| 1/8/10 | 8 | OMD, OMS, Objection to Judicial Notice Request, Declaration, e-filing of docs |
| 1/12/10 | 1.5 | Discovery Preparation |
| 1/15/10 | 5 | Discovery, Rule 26f report, etc |
| 1/19/10 | 2 | Initial Disclosures |
| 1/22/10 | 6 | Case planning, research |
| 1/25/10 | 2.75 | Class Cert, First Rog, First RFP |
| 1/28/10 | 1.5 | Cert |

| Date | Hours | Description |
|---|---|---|
| 1/29/10 | 1.75 | Joint Motion to Relate |
| 2/2/10 | 1.5 | Discovery |
| 2/5/10 | 3 | Motion to Relate |
| 2/8/10 | 2 | Motion to relate filing |
| 2/18/10 | .5 | Reviewing filings |
| 3/11/10 | 2 | mediation Statement |
| 3/17/10 | 3 | Research |
| 3/23/10 | 2.5 | Class Cert |
| 3/24/10 | 3.5 | Class Cert |
| 3/25/10 | 3.5 | Research on New Jersey False Advertising/ UCL-comparable laws |
| 3/26/10 | 4.5 | Research on New Jersey Consumer Fraud Act, Draft Memo |
| 3/31/10 | 1 | Read Def's Ex Parte |
| 4/12/10 | .5 | Reply in Support of Motion to Compel |
| 4/13/10 | 4.5 | Reply in Support of Motion to Compel |
| 4/15/10 | 2 | Management Statement |
| 4/29/10 | .5 | Trans Fat Research |
| 5/4/10 | .75 | Read Judge Ware's Order on *Rosen* MTD – Dismissed Case |
| 6/9/10 | 3 | Notice of Supplemental Authority |
| 6/10/10 | 2 | Supplemental Authority |
| 6/22/10 | .5 | Discuss Settlement with GW |
| | | **ROZ SUTTON** |
| 01/25/10 | 2.5 | Requests for production, Interrogatories |
| 01/29/10 | .75 | Discovery file |
| 03/15/10 | .5 | Mediation brief |
| 04/15/10 | .5 | 26f edits |
| 05/04/10 | .5 | Read order granting MTD in Rosen |
| 05/18/10 | .75 | Client Charts |
| 05/19/10 | 1.5 | Client questionnaire forms, call with J. Red |
| 08/18/10 | .75 | Read and sorted filing by Beck and Lee |
| 08/19/10 | .5 | Settlement agreement |
| 08/23/10 | 1 | Preparation for emails to clients, read filings from weekend |
| 08/24/10 | 5.25 | Read administrative motion, researched Beck & Lee cases, prepared declarations for GW, JF, and all plaintiffs, wrote my own declaration |
| 08/25/10 | 3.25 | Preparation of declarations, writing my own declaration |
| 08/26/10 | 3 | Affidavits, notary, meeting June Higginbotham to notarize |
| 08/27/10 | 9.25 | Supp brief, declarations and affidavits, specific performance research, standing research, reading defendants' filings |
| 09/01/10 | .75 | Letters to counsel RE disposal of privileged documents |
| 09/02/10 | 1 | Purchasing binders for client packets |
| 09/03/10 | .75 | Prepping binders for clients, reading order and defendants motion to continue |

| Date | Hours | Description |
|---|---|---|
| 09/06/10 | 1 | Organizing files and binders in preparation for hearing |
| 09/07/10 | 1 | Hearing preparation |
| 09/08/10 | 2.25 | Motion for approval of fees |
| 09/15/10 | 3.5 | Reading transcript, calculating relative time spent speaking by attorneys, discussing hearing, reading Judge Ware's order and various filings from time off |
| 09/17/10 | 5.5 | Research on reassignment on remand, preparing new version of complaint |
| 09/21/10 | .5 | Preparing exhibits for motion for reconsideration |
| 09/30/10 | 4.5 | Motion for reconsideration, supplemental declaration, reading filings and organizing files |
| 10/05/10 | 2.25 | Writ of mandamus |
| 10/06/10 | 7.25 | Appeal, preparation of copies, travel to fed ex |
| 10/08/10 | .5 | Notice of Additional Authority |
| 10/18/10 | 1.75 | Declarations, organizing filings |
| 10/21/10 | .25 | Reading order, organizing file |
| 10/22/10 | 1 | Calls with Ninth Circuit Clerk, composing cover letter and sending check |
| 10/29/10 | .5 | Emails with Court Reporter, sending payment |
| 11/01/10 | 4.25 | Research assignment |
| 11/02/10 | 6 | Research on case citations |
| 11/03/10 | 3.75 | Research |
| 11/16/10 | 3 | Calculating Hours |
| 11/24/10 | 3 | Special Master Brief |
| 11/30/10 | .5 | Client retainers, calls from day off |
| 12/7/10 | 1 | Special Master Reply Brief, preparing exhibits |
| 3/15/11 | .25 | File Maintenance |
| | | **CHRIS. TANIMASA** |
| 9/10/10 | 3 | Table of Contents and Descriptions for binder |
| 9/11/10 | 2 | Prepared exhibits for hearing, ECF filings |
| 9/12/10 | 8 | Travel time, reading case briefs, attending to clients' needs, meeting. |
| 9/13/10 | 5.5 | Hearing, travel |
| 10/6/10 | 1.5 | Proofing appeal |
| 11/2/10 | 6 | Research for fee sharing agreement case law |
| 11/3/10 | 8.5 | Relevant Case research for attorneys fees |
| 11/16/10 | 3.75 | Lexis Research on Paralegal Fees; Totaling Hours |
| 11/26/10 | 7 | Totaling hours and expenses; preparing exhibits for brief to special master and editing of the same |
| 12/6/10 | 2 | Case Research on attorney fees, travel expenses, and other |
| 12/7/10 | 3 | Analysis and charting of Beck and Lee hours |

# EXHIBIT B

| Description | $$- |
|---|---:|
| 16 miles roundtrip, federal courthouse, san jose, to drop off chambers copy of motion to compel | $ 4.80 |
| 22 miles driving for Unilever Hearing | $ 6.60 |
| 53 miles each way + 3 miles general driving in the city - Unilever mediation | $ 32.70 |
| 60 miles roundtrip to pick-up Greg Weston from SFO | $ 20.40 |
| 70 miles to pick-up and drop-off Becks from SFO for hearing | $ 21.00 |
| Davina Wittick Yellow Cab | $ 30.00 |
| Parking (moscone center) | $ 10.00 |
| Parking at SFO | $ 6.00 |
| Parking at SFO | $ 4.00 |
| Parking for Unilever Hearing | $ 7.00 |
| Priceline Hotel San Jose | $ 292.25 |
| San Diego Airport Harbor Drive | $ 32.00 |
| Southwest Airlines Travel Expense to San Jose | $ 129.40 |
| Southwest Airlines Travel Expense to San Jose | $ 467.20 |
| Southwest Airlines Travel Expense to San Jose | $ 112.00 |
| Taxi SFO to Santa Clara | $ 130.00 |
| Taxi to Santa Clara from SFO | $ 130.00 |
| Travel Expense to San Jose | $ 170.64 |
| Travel Expense to San Jose Evangeline Red | $ 217.10 |
| Travel Expense to San Jose Jennifer Red | $ 155.02 |
| United Airlines Travel Expense to San Jose | $ 175.40 |
| US Airways Travel Expense to San Jose | $ 467.30 |
| Virign Airlines Hotel for Mediation | $ 223.39 |
| Yellow Cab | $ 25.00 |
| Check #133 Fisher | $ 2,000.00 |
| Writ Filing Fee | $ 450.00 |
| Red Filing Fee CACD Clerk | $ 350.00 |
| Process Server | $ 71.25 |
| Staples Supplies for large filing | $ 6.84 |
| Staples Supplies for large filing | $ 28.89 |
| Staples Supplies for large filing | $ 8.28 |
| FedEx - Chambers Copy | $ 21.40 |
| FedEx - Chambers Copy | $ 21.40 |
| FedEx - Chambers Copy | $ 18.03 |

| | |
|---|---:|
| FedEx - Chambers Copy | $ 42.24 |
| FedEx - Chambers Copy | $ 28.88 |
| FedEx - Chambers Copy | $ 14.44 |
| FedEx - Chambers Copy | $ 13.10 |
| FedEx - Chambers Copy | $ 11.02 |
| FedEx - Chambers Copy | $ 16.48 |
| Kinkos - Costs for printing and binding filing and copies for hand-delievery. | $ 252.40 |
| Tabs for Writ Filing | $ 14.18 |
| Mileage of Physical Filing of Complaint 240 miles x .4 | $ 96.00 |
| parking for Physical Filing of Complaint | $ 10.00 |
| | **$ 6,344.03** |